UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GEORGE V RESTAURATION, S.A.,
organized under the laws of France,

        Plaintiff,

vs.

S.T. COMPLEX LLC DBA BUDDHA BAR WPB,
a Florida Corporation, FRANK GARCIA, an individual,

        Defendants.

_____/

**06-80094
CIV-HURLEY** HOPKINS

## COMPLAINT

    Plaintiff, George V Restauaration, S.A., ("Plaintiff"), by and through its undersigned counsel, hereby sues Defendants S.T. Complex, LLC  DBA Buddha Bar, and, Frank Garcia (collectively, "Defendants"), and respectfully alleges as follows:

### JURISDICTION AND VENUE

    1.    The Court has original subject matter jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1338(a) since the Complaint involves issues arising under a federal statute, the Lanham Act.  The Court also has original subject matter jurisdiction over the claims in the Complaint pursuant to 28 U.S.C. § 1332, since there is complete diversity of citizenship among the parties to the litigation and the amount in controversy exceeds the jurisdictional amount required.   The Court also has ancillary subject matter jurisdiction over Plaintiff's state law claims under principles of pendent jurisdiction and pursuant to 28 U.S.C. § 1367(a).

    2.    The Court has personal jurisdiction over all Defendants in that Defendants either reside or have their principal place of business in the State of Florida.  Additionally, this Court has personal jurisdiction over the Defendants because the events or omissions giving rise to the claim occurred, the tortious acts occurred, and a substantial part of the injury took place and continues to



take place, in this District.  Moreover, Defendants have purposefully and repeatedly perpetrated their activities within the Southern District of Florida.

3.     Venue is proper in the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400(a) as: (a) this is a judicial district in which a substantial part of the events giving rise to the claims occurred, and a substantial part of the injury took place and continues to take place; (b) this is a judicial district in which Defendants reside or have their principal place of business; and (c) this is a judicial district in which Defendants may be found, and there is no judicial district in which the action may otherwise be brought.

## THE NATURE OF THE ACTION

4.     This is an action for [1] infringement of Plaintiff's federally registered family of BUDDHA BAR trademarks and service marks  (the "Buddha Bar Marks") pursuant to Section 32(1) of the Lanham Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. § 1114; [2] unfair competition, passing off, false designation of origin and false advertising pursuant to Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a); [3] trademark dilution pursuant to Section 43(c) of the Lanham Act, 15 U.S.C. §1125(c) (the Federal Trademark Dilution Act of 1995); [4] injury to business reputation and trademark dilution pursuant to Florida Statute § 495.151; and [5] unfair competition pursuant to Florida common law.  Plaintiff seeks both injunctive and monetary relief in connection therewith.

5.     Plaintiff is the owner of the exclusive rights to the family of Buddha Bar marks represented by several registered United States Buddha Bar marks including, without limitation:

(a) BUDDHA BAR word mark, United States Registration No. 2,439,577, in Class 42 for restaurant and nightclub services; (b) BUDDHA BAR word mark, United States Registration No.  2,496,729 in Class 25 for clothing; (c) BUDDHA BAR word mark, United States Registration

No. 2,552,052, in Class 25 for clothing; and (d) BUDDHA BAR word mark, United States Registration No. 846,041 in Class 9 for eyeglasses and video discs.

6.    Plaintiff has applied for the federal registration of an additional five (5) BUDDHA BAR marks with the USPTO (the "Pending Marks"), including: (a) BUDDHA BAR word mark, Serial No. 78192219 in Class 43 for restaurant services; (b) BUDDHA BAR word mark, Serial No. 78975046 in Class 3 for skin care, perfume; and (c) BUDDHA BAR word mark, Serial No. 78144526 in Classes 14, 16, and 21 for jewelry, printed materials, and kitchen goods.

7.    Plaintiff is the owner of the exclusive rights to a family of Buddha Bar Marks represented by foreign registrations in numerous nations throughout the world.

8.    The family of Buddha Bar Marks embody the goodwill and repute of Plaintiff's world famous BUDDHA BAR restaurant\bar ("BUDDHA BAR"), which commenced operations in Paris, France in September of 1996.  Since commencing operations, BUDDHA BAR has ranked among the world's most famous restaurants and nightclubs, enjoying worldwide patronage and continues to expand it locations both domestically and internationally.

9.    BUDDHA BAR has been the subject of numerous articles in publications all over the world.  Many celebrities and other public figures have made BUDDHA BAR their location of choice for both casual dining and celebrating special occasions.

10.    Plaintiff has expended substantial resources developing and maintaining substantial secondary meaning in its Buddha Bar Marks, ensuring that the Buddha Bar Marks serve as unique identifiers of Plaintiff's quality goods and services.

11.    Consumers, as a result, have developed a strong association between the Buddha Bar Marks and the quality of Plaintiff's goods and services.  The strength of the Buddha Bar Marks is one of Plaintiff's most valuable corporate assets.

12.    Following BUDDHA BAR's fame and notoriety throughout the United States and

3

the world, Defendants began to advertise and to promote a section of their nightclub under the name "Buddha Bar" at 313 Clematis Street in West Palm Beach, Florida (Defendants' use of the Buddha-Bar Marks shall be distinguished from Plaintiff's herein by reference to Defendants' use as "The Imposter Buddha Bar"). Upon information and belief, Defendants' nightclub is of substantially inferior quality to Plaintiff's sophisticated and exclusive BUDDHA BAR, such that Plaintiff's Buddha Bar Marks will likely suffer negative associations through Defendants' unauthorized and infringing use.

13.     Defendants' use of Plaintiff's Buddha Bar Mark to identify a nightclub which directly competes with Plaintiff's BUDDHA BAR for an identical class of goods and services, and is distributed through the same channels of trade, is likely to cause confusion to consumers. The identical use by Defendants of Plaintiff's Buddha Bar Mark will lead consumers to conclude that Defendants' Imposter Buddha Bar nightclub was exclusively or jointly developed, licensed, or certified by, or is otherwise associated or affiliated with, Plaintiff's BUDDHA BAR establishment. Consumers, especially those who learn about The Imposter Buddha Bar by word of mouth, are likely to be misled as to the source, sponsorship, or affiliation of The Imposter Buddha Bar's goods and services.

14.     On May 6, 2005 Plaintiff, through its counsel, directed a cease and desist letter to Defendants. A copy of this letter is attached hereto as Exhibit "A "

15.     Plaintiff's initial cease and desist letter was responded to by Dean L. Willbur, Jr. on May 16, 2005. A copy of Mr. Willbur's letter is attached as Exhibit "B".

16.     Plaintiff's counsel responded to Mr. Willbur's letter, demanding that Defendants cease and desist in their infringing use of Plaintiff's Buddha Bar Marks on June 7, 2005. A copy of this letter is attached hereto as Exhibit "C".

4

17.     Defendants have failed meaningfully to respond to Plaintiff's latest correspondence and have continued to engage in their deliberate and wanton infringing activities.

18.     Accordingly, in this action Plaintiff seeks to permanently enjoin Defendants from using the name BUDDHA BAR in connection with its nightclub services so that Plaintiff's Buddha Bar Marks can continue to serve as unique identifiers of a predictable nature and quality of goods and services.  Defendants' unauthorized use of Plaintiff's Buddha Bar Mark in connection with Defendants' comparatively   inferior establishment has diluted and continues to dilute Plaintiff's marks by diminishing consumer capacity to associate the marks with the quality goods and services signified by Plaintiff's Buddha Bar marks.

19.     Plaintiff brings this action to put a stop to Defendants' unfair competition with Plaintiff arising from Defendants' infringement and dilution of the Buddha Bar marks, and its otherwise unfair business practices.

## THE PARTIES

20.     Plaintiff, George V Restauration, is a corporation organized under the laws of France, having its principal place of business at 4 Avenue De L' Opera 75001, Paris, France.

21.     Plaintiff is informed and believes, and upon that basis alleges, that at all times relevant hereto the Defendant, S.T. Complex LLC, is a limited liability company organized and existing under the laws of the State of Florida and is doing business as "Buddha Bar", with its principal place of business in this District.

22.     Plaintiff is informed and believes, and upon that basis alleges, that at all times relevant hereto the Defendant, Frank Garcia,  is an individual residing in Jupiter,  Florida. Defendant Garcia is the owner of the Imposter Buddha Bar and is doing business within the jurisdiction of this Court.

5

## AVERMENTS COMMON TO ALL CLAIMS

### *The Buddha-Bar Marks*

23.     Plaintiff is the owner of the exclusive rights to the family of Buddha Bar trademarks and servicemarks  represented by several registered United States marks including, without limitation: (a) BUDDHA BAR word mark, United States Registration No. 2,439,577, in Class 42 for restaurant and nightclub services; (b) BUDDHA BAR word mark, United States Registration No. 2,496,729 in Class 25 for clothing; (c) BUDDHA BAR word mark, United States Registration No. 2,552,052, in Class 25 for clothing; and (d) BUDDHA-BAR word mark, United States Registration No. 846,041 in Class 9 for eyeglasses and video discs.

24.     Plaintiff  has applied for the federal registration of an additional five (5) BUDDHA BAR  marks with the USPTO (the "Pending Marks"), including: (a) BUDDHA BAR word mark, Serial No. 78192219 in Class 43 for restaurant services; (b) BUDDHA  BAR word mark, Serial No. 78975046 in Class 3 for skin care, perfume; and (c) BUDDHA BAR word mark, Serial No. 78144526 in Classes 14, 16, and 21 for jewelry, printed materials, and kitchen goods.

25.     Plaintiff is the owner of the exclusive rights to a family of Buddha Bar Marks represented by foreign registrations in numerous nations throughout the world.

26.     Plaintiff has also operated locations of its world famous BUDDHA BAR restaurant/nightclub through its Licensees in Los Angeles, California and Beirut, Lebanon.

27.     Plaintiff has entered into negotiations regarding a Trademark License for the opening of  BUDDHA BAR Restaurants in London, England and Sao Paulo, Brazil and has already signed Trademark Licenses regarding BUDDHA BAR openings in New York,  Dubai, United Arab Emirates and Cairo, Egypt.

### *The Establishment*

28.     The decor of the BUDDHA BAR restaurant is characterized by a unique and eclectic

design, inspired by Asian influences. The restaurant contains unique Japanese and Chinese pieces, a substantial bar space, and a dining space dominated by a massive Buddha statute, from which the restaurant derives its name.

29.    The BUDDHA BAR is well-known for the high-quality of its Asian-fusion cuisine and the exclusivity of its second floor bar/nightclub.

30.    The BUDDHA BAR Restaurant in Paris has its own shop, located at the entry of the restaurant. The BUDDHA BAR shop was opened in the year 2000. A large number of products identified by the BUDDHA BAR mark have been sold including, without limitation:

(a) BUDDHA BAR CDs; (b) BUDDHA BAR T-Shirts; (c) BUDDHA BAR candles; (d) BUDDHA BAR mugs; and (e) BUDDHA BAR fans.

31.    Plaintiff also promotes it BUDDHA BAR restaurant through the distribution of BUDDHA BAR sound recordings. The sound recordings are distributed by an affiliated entity GEORGE V RECORDS. These sound recordings are recordings of music played at the BUDDHA BAR locations. A copy of a CD cover used for the BUDDHA BAR sound recordings is attached hereto as Exhibit "D". These sound recordings are sold all over the world, including within this District. Plaintiff has applied for federal registration for this use of the BUDDHA BAR word mark.

32.    Plaintiff has used the Buddha Bar Marks by, among other things, prominently displaying the Marks in connection with Plaintiff's goods and services, menus, and other displays associated therewith. In addition, Plaintiff has prominently displayed the BUDDHA BAR Mark in its store front, and on its letterhead, bills, and on its international website.

33.    Consumers, as a result, have developed a strong association between the Buddha Bar Marks and the quality of Plaintiff's goods and services. The strength of the Buddha Bar Marks is one of Plaintiff's most valuable corporate assets.

***Publicity Surrounding The Buddha Bar Marks***

34.      BUDDHA BAR is characterized by its cosmopolitan and elite clientele.   Many celebrities and other public figures  have made BUDDHA BAR their location of choice for both casual dining and celebrating special occasions.   For instance, celebrities such as Sean Connery, Claudia Schiffer, Naomi Campbell, Mickey Rourke, Gerard Depardieu,  and Diane Kruger have dined in BUDDHA-BAR.

35.      BUDDHA BAR, has been the subject of immense publicity, and has been the topic of articles in newspapers, magazines, and guidebooks circulated in the United States and internationally, including without limitation: *USA TODAY, L.A. TIMES, BOSTON GLOBE, N.Y. TIMES, TIMES OF LONDON, FORBES and THE ECONOMIST.* Examples of such unsolicited media coverage are attached hereto as Exhibit "E".

36.      As a result of the publicity surrounding BUDDHA BAR, the Buddha Bar  Mark has become a well-known and recognizable brand throughout the world, including in the United States. Consumers associate the Buddha Bar Marks with impeccable service, high-quality cuisine, sophisticated clientele and a unique decor.

***Policing Efforts***

37.      The "Lounge" press release, dated March 2005, constitutes clear evidence of BUDDHA BAR'S worldwide notoriety.   This worldwide notoriety has resulted in the recurrent infringement of Plaintiff's Trademark and Notoriety by third parties seeking to capitalize on the goodwill and reputation of Plaintiff's Buddha Bar Marks.

38.      Plaintiff regularly undertakes legal actions in order to prevent the infringement of its Buddha Bar Marks by those third parties and in view to prevent consumers from confusing those infringing establishments with the original BUDDHA BAR in Paris and other licensed locations.

39.      Plaintiff has successfully deterred numerous establishments in the United States and

throughout the world from engaging in the unauthorized use of the Buddha Bar Marks.

### *The Infringement*

40.     Following BUDDHA BAR's fame and notoriety throughout the United States and the world, Defendants began to advertise and to promote their nightclub under the name "Buddha Bar" in West Palm Beach, Florida (Defendants' use of the Buddha Bar Marks shall be distinguished from Plaintiff's herein by reference to Defendants' use as "The Imposter Buddha Bar").  Upon information and belief, Defendants' nightclub is of substantially inferior quality to Plaintiff's sophisticated and exclusive BUDDHA BAR, such that Plaintiff's Buddha Bar  Marks will likely suffer negative associations as a result of Defendants' unauthorized use.

41.     Moreover, because Defendants' goods and services are of inferior quality to Plaintiffs' goods and services, Defendants' unauthorized use of Plaintiffs' marks will dilute Plaintiffs' famous marks and cause damage to the elite reputation of our Client.

42.     Defendants' use of Plaintiff's Buddha Bar Mark to identify a nightclub which directly competes with Plaintiff's Mark  for an  identical class of goods and services, and is distributed through the same channels of trade, is likely to cause confusion to consumers.  The identical use by Defendants of Plaintiff's Buddha Bar  Mark  will lead consumers to conclude that Defendants' Imposter Buddha Bar nightclub was exclusively or jointly developed, licensed, or certified by, or is otherwise associated or affiliated with, Plaintiff's BUDDHA BAR establishment.   Consumers, especially those who learn about The Imposter Buddha Bar by word of mouth, are likely to be misled as to the source, sponsorship, or affiliation of The Imposter Buddha Bar's goods and services.

43.     Through their use of the Buddha Bar  Marks, Defendants have, upon information and belief, intentionally and with knowledge sought to cause consumer confusion, mistake, and deception, and have attempted to present themselves as having an association and/or affiliation with Plaintiff's goods and services.

9

## COUNT I
## (TRADEMARK INFRINGEMENT UNDER § 32(1) OF THE LANHAM ACT)
### (Against All Defendants)

44.     Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs designated 1 through 43, inclusive, of this Complaint, as if fully set forth herein at length.

45.     Plaintiff George V is the registered owner of a family of Buddha Bar trademarks and services marks associated with its restaurant/nightclub BUDDHA BAR.

46.     Plaintiff has developed and maintained substantial secondary meaning in each of its Buddha Bar Marks.  Since commencement of operations, BUDDHA BAR has received frequent, unsolicited, and favorable media coverage in nationwide publications.

47.     Defendants have used, and to continue to use, the Buddha Bar Mark to capitalize on the repute of Plaintiff's Buddha Bar Marks in order to attract customers.

48.     Defendants' use of Plaintiff's Buddha Bar Marks is willful and deliberate and with an intent to reap the benefit of Plaintiff's name, goodwill, and reputation.

49.     Defendants' use of the name Buddha Bar, in connection with their nightclub services is likely to cause confusion among the public about whether Plaintiff has authorized or endorsed the Imposter Buddha Bar, and about whether Plaintiff's famous Buddha Bar Restaurant is affiliated with the Imposter Buddha Bar.

50.     Defendants' unauthorized and continued use of the Buddha Bar Mark in connection with nightclub services unconnected to that of Plaintiff and without the authorization of Plaintiff, infringes upon Plaintiff's exclusive  rights  to its  federally registered trademark in violation of § 32(1) of the Lanham Act, 15 U. S.C. § 1114(1), because the public is likely to be confused, deceived or mistaken regarding the source or sponsorship of Defendants' services, or to erroneously believe that Defendants' services emanate from or are authorized by Plaintiff, or to believe that Plaintiff is the

creator of, or has otherwise provided, the services provided by Defendants at the Imposter Buddha Bar.

51. Defendants' acts of trademark infringement have caused and are causing great and irreparable injury to Plaintiff and to the Buddha Bar Marks and to the business and goodwill represented thereby, in an amount that cannot be ascertained at this time and, unless restrained, will cause further irreparable injury, leaving Plaintiff with no adequate remedy at law.

52. By reason of the foregoing, Plaintiff is entitled to injunctive relief against Defendants permanently restraining further acts of trademark infringement and, after trial, to recover any damages proven to have been caused by reason of Defendants' aforesaid acts of trademark infringement, together with all other remedies available under the Lanham Act, including, but not limited to, treble damages, disgorgement of profits, and costs and attorney's fees.

## COUNT II
### (UNFAIR COMPETITION, FALSE DESIGNATION OF ORIGIN, PASSING OFF AND FALSE ADVERTISING UNDER LANHAM ACT § 43(a))
#### (Against All Defendants)

53. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs designated 1 through 43, inclusive, of this Complaint, as if fully set forth herein at length.

54. Plaintiff George V is the owner of the famous Buddha Bar Marks, and several famous service marks associated with its restaurant BUDDHA BAR restaurant/bar.

55. Plaintiff has developed and maintained substantial secondary meaning in each of its Buddha Bar Marks.  Since commencement of operations, BUDDHA BAR has received frequent, unsolicited, and favorable media coverage in nationwide publications.

56. Defendants' unauthorized use of Plaintiff's Buddha Bar Mark in connection with its directly competitive goods is likely to cause consumers to mistakenly believe that Defendants' nightclub has an affiliation with Plaintiff and/or the Buddha Bar Marks, or that the Imposter Buddha

Bar restaurant is sponsored or approved by the Plaintiff, or that Defendants are otherwise associated with Plaintiff.

57.      By engaging in the activities described above, Defendants have made and are making false, deceptive and misleading statements constituting false designation of origin, passing off, false advertising and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

58.      Defendants' acts of unfair competition, false designation of origin, passing off and false advertising are willful, deliberate and fraudulent, and without extenuating circumstances, and with an intent to reap the benefit of the Plaintiff's name, goodwill and reputation.

59.      Defendants' acts of unfair competition, false designation of origin, passing off and false advertising have caused irreparable injury to Plaintiff's goodwill and reputation in an amount that cannot be ascertained at this time and, unless restrained, will cause further irreparable injury, leaving Plaintiff with no adequate remedy at law.

60.      By reason of the foregoing, Plaintiff is entitled to injunctive relief against Defendants, permanently restraining further acts of unfair competition, false designations of origin, passing off and false advertising, and, after trial, to recover any damages proven to have been caused by reason of Defendants' aforesaid acts of unfair competition, false designations of origin, passing off and false advertising, together with all other remedies available under the Lanham Act, including, but not limited to, treble damages, disgorgement of profits, and costs and attorney's fees.

**COUNT III**
**(FEDERAL TRADEMARK DILUTION UNDER LANHAM ACT § 43(c))**
**(Against All Defendants)**

61.      Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs designated 1 through 43, inclusive, of this Complaint, as if fully set forth herein at length.

62.     Plaintiff George V is the owner of the famous Buddha Bar Marks, and several famous service marks associated with its restaurant BUDDHA BAR.

63.     Plaintiff has developed and maintained substantial secondary meaning in each of its Buddha Bar Marks.

64.     Plaintiff has used the famous Buddha Bar marks in connection with their goods and services, have made the Buddha Bar marks the subject of substantial promotion throughout the world, and, as a result, have ensured that the Buddha Bar marks are widely recognized by consumers nationally, internationally and by those in the trade as unique signifiers of Plaintiff's goods and services.

65.     Plaintiff and its Trademark Licensees exercise quality control over BUDDHA-BAR operations to maintain consistent and predictable quality for all goods and services for which Buddha Bar  Marks are used.

66.     Defendants have diluted and continue to dilute Plaintiff's Buddha Bar Marks by virtue of its commercial use of the Buddha Bar Mark in connection with its goods and services.

67.     Plaintiff has no control over the quality of the food, goods, services advertising or other promotional materials used by Defendants and, as such, have no reasonable manner in which to prevent dilution of the Buddha Bar Marks.

68.     Defendants' acts as described above have diluted and detracted from the distinctiveness of Plaintiff's famous Buddha Bar Marks, have lessened the capacity of Plaintiff's famous Mark to identify and distinguish the goods and services of Plaintiff, and have diluted the unique association that  has heretofore existed between Plaintiff's Buddha Bar Marks and Plaintiff's quality restaurant/bar goods and services, with consequent damage to Plaintiff  and the business and goodwill symbolized by the Buddha Bar Marks.

69.     Defendants committed the acts alleged above willfully and with the intent to trade on the reputation and goodwill of Plaintiff and to cause dilution of the Plaintiff's famous Buddha Bar Marks.

70.     Defendants' conduct constitutes trademark dilution pursuant to the Anti-Dilution Act, 15 U.S.C. § 1125(c).

71.     Defendants' acts of trademark dilution have caused irreparable injury to Plaintiff's goodwill and reputation in an amount that cannot be ascertained at this time and, unless restrained, will cause further irreparable injury, leaving Plaintiff with no adequate remedy at law.

72.     By reason of the foregoing, Plaintiff is entitled to permanent injunctive relief against Defendants, restraining further acts of trademark dilution and, after trial, to recover any damages proven to have been caused by reason of Defendants' aforesaid acts of trademark dilution, together with all other remedies available under the Lanham Act, including, but not limited to, treble damages, disgorgement of profits, and costs and attorney's fees.

## COUNT IV
## ( TRADEMARK DILUTION AND INJURY TO BUSINESS REPUTATION UNDER FLORIDA STATUTE § 495.151)
### (Against All Defendants)

73.     Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs designated 1 through 43, inclusive, of this Complaint, as if fully set forth herein at length.

74.     Plaintiff George V is the owner of the famous Buddha Bar Marks and several famous service marks associated with its establishment BUDDHA BAR restaurant.

75.     Plaintiff has developed and maintained substantial secondary meaning in each of its Buddha Bar Marks. Since commencement of operations, BUDDHA BAR has received frequent, unsolicited, and favorable media coverage in nationwide publications.

14

76.     Because of this extensive coverage and the efforts of Plaintiff, the BUDDHA BAR Marks have become popular, recognized marks in the United States, and by reason of Plaintiff's extensive use thereof, the Marks are highly distinctive of Plaintiffs' goods and services.

77.     Defendants have diluted and are continuing to dilute Plaintiff's Buddha Bar Marks by virtue of its use of the BUDDHA BAR mark in connection with its nightclub services. Defendants' acts have lessened the capacity of Plaintiff's famous marks to identify and distinguish the goods and services of Plaintiff.

78.     Defendants' acts as described above have diluted and detracted from the distinctiveness of Plaintiff's famous Buddha Bar Marks, have lessened the capacity of Plaintiff's famous Marks to identify and distinguish the goods and services of Plaintiff, and have diluted the unique association that has heretofore existed between Plaintiff's Buddha Bar Marks and Plaintiff's quality restaurant goods and services, with consequent damage to Plaintiff and the business reputation and goodwill symbolized by the Buddha Bar Marks.

79.     Defendants' use of the BUDDHA BAR Marks also tarnishes the Marks by associating the Buddha Bar Mark with Defendants' inferior establishment and thus, lessens the reputation of Plaintiff for operating a top-quality, sophisticated, and exclusive nightclub.

80.     Defendants' unauthorized use of the Buddha Bar Marks causes injury to the business reputation of Plaintiff and a dilution of the distinctive quality of the Buddha Bar mark in violation of Florida Statute § 495.151.

81.     Monetary relief alone is not adequate to address fully the irreparable injury that Defendants' illegal actions have caused and will continue to cause Plaintiff if not enjoined and, as such, Plaintiff has no adequate remedy at law.

82.     By reason of the foregoing, Plaintiff is entitled to permanent injunctive relief against Defendants, restraining further dilution of the BUDDHA BAR Marks, and, after trial, to recover

15

any damages proven to have been caused by reason of Defendants' aforesaid acts of dilution, together with all other remedies available under Florida Law.

**COUNT V**
**(COMMON LAW UNFAIR COMPETITION)**
**(Against All Defendants)**

83.     Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs designated 1 through 43, inclusive, of this Complaint, as if fully set forth herein at length.

84.     Defendants are using the Buddha Bar Marks  with full knowledge of Plaintiff's prior use thereof and with full knowledge that Defendants have no authority to use the Marks in connection with a business or service not associated with Plaintiff.

85.     Defendants' continued use of the Buddha Bar Marks in connection with a service that is not affiliated with or connected to Plaintiff,  but which is used in connection with purposes substantially identical to that provided by Plaintiff, is likely to confuse the public as to the origin, source, or sponsorship of Defendants' goods and services, or to cause mistake or to deceive the public into believing that Defendants' goods and services are authorized by, or affiliated with Plaintiff in violation of Plaintiff's rights  under the common law of the State of Florida.

86.     Defendants' conduct is for the willful and calculated purpose of misappropriating and trading upon Plaintiff's goodwill and business reputation at Plaintiff's expense and at no expense to Defendants.  Defendants have been and continue to be unjustly enriched, while Plaintiff continues to accrue damages.

87.     Defendants' acts of unfair competition have caused irreparable injury to Plaintiff's goodwill and reputation in an amount that cannot be ascertained at this time and, unless restrained, will cause further irreparable injury, leaving Plaintiff with no adequate remedy at law.

88.     By reason of the forgoing, Plaintiff is entitled to injunctive relief against Defendants, permanently restraining further acts of unfair competition and false advertising, and, after trial, to

16

recover any damages proven to have been caused by reason of Defendants' aforesaid acts of unfair competition, together with all other remedies available under Florida law.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demand the following relief against Defendants, jointly and severally, as follows:

1.      That Defendants, their agents, franchisees, licensees, servants, representatives, employees, attorneys, successors and assigns, and all those in active concert or participation with any of them who receive notice of such judgment directly or otherwise, be permanently enjoined from infringing the Buddha Bar Marks, whether or not registered, from falsely designating the origin, sponsorship of or affiliation of their business or services, from unfairly competing with Plaintiff, from diluting the distinctive quality of the Buddha Bar Marks and specifically:

(i)      Imitating, copying, using, reproducing, displaying, maintaining on any database or computer, or authorizing or permitting any third party to imitate, copy, use, reproduce, display download by computer or maintain by computer or otherwise, the Buddha Bar Marks, or any copies, simulations, variations or colorable imitations thereof on or in connection with the offering of any goods or service associated with any restaurant/nightclub;

(ii)      Using, authorizing, maintaining or making available for use or aiding in any way a third party to use or copy the Buddha Bar Marks, or from otherwise infringing the Buddha Bar Marks;

(iii)      Using any trademark, trade name, logo, business name, computer address or other identifier, or acting in any fashion, which may be calculated to falsely represent that the goods or services provided, promoted or offered by Defendants are sponsored by, authorized by, licensed by, or in any other way associated with Plaintiff;

(iv)      Diluting the distinctive quality of the Buddha Bar Marks, including the

17

unauthorized licensing thereof;

(v)     Aiding, assisting or abetting any other party in doing any act prohibited by any of the above sub-paragraphs;

(vi)    Committing any other act that falsely represents, or that has the effect of falsely representing, that the goods and services of Defendants are licensed by, authorized by, offered by, produced by, sponsored by, or in any way associated or affiliated with Plaintiff or BUDDHA BAR;

2.      Directing that Defendants (i) delete from their computer files, menus, hard drives, diskettes and backups all materials bearing the Buddha Bar Mark or any copies, simulations, variations or colorable imitations thereof (ii) deliver up to Plaintiff for destruction, all packaging, labels, sales material, press releases, promotional material, advertising material, stationary, plates, and other materials bearing the Buddha Bar Mark or any copies, simulations, variations or colorable imitations thereof, (iii) authorizing Plaintiff to destroy the same;

3.      That Defendants immediately notify in writing and direct all publications in which any advertisements or other references to Defendants' business under the name BUDDHA BAR are scheduled to appear, to cancel all advertisements and references using the name;

4.      Directing that Defendants file with the Court and serve upon Plaintiff's counsel within thirty (30) days after entry of Judgment a report in writing under Oath setting forth in detail the manner and form in which the Defendants have complied with the requirements of the Injunction and Order;

5.      Directing that Defendants account for all gains, profits, and advantages derived from their acts of infringement;

6.      Directing such other relief as the Court may deem appropriate to prevent the public from deriving the erroneous impression that any goods or services provided by or promoted by

18

Defendants are authorized by Plaintiff or related in any way to Plaintiff, its products or its services;

7.      Awarding Plaintiff: (i) All of the Defendants' profits, gains and advantages derived from the unauthorized use of the Buddha Bar Marks, or any imitation or simulation thereof, and that such sums be trebled; (ii) All damages sustained by Plaintiff by reason of Defendants' acts of trademark infringement, dilution and unfair competition, and that such damages be trebled; (iii) Exemplary and punitive damages as the court finds appropriate to deter any future willful conduct, and (iv) Interest, including prejudgment interest, on the foregoing sums;

8.      Awarding to Plaintiff its attorneys fees and costs incurred by reason of Defendants' violations; and

9.      Directing such other relief as the Court may deem appropriate to prevent the Defendants from participating in this or other trademark infringements.

Respectfully submitted,

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone:      (561) 686-3307
Facsimile:      (561) 686-5442
E-mail:         nnason@nasonyeager.com
Attorneys for Plaintiff
Florida Bar No.: 511218


By: _____
    NATHAN E. NASON

H:\8006\18164\PComplaintNEN/msh



N O V I A N
&
N O V I A N

ATTORNEYS AT LAW

Telephone 310.553.1222
Telecopier 310.553.0222

May 6, 2005

*File No. 3239-10*

**VIA CERTIFIED MAIL**

Frank Garcia
Manager
S.T. Complex LLC  DBA Budha Bar
18809 SE Windward Island Way
Jupiter, FL 33458S

Dean Willbur Jr
Agent for Service
S.T. Complex LLC
Address: 1100 N Olive Ave.
West Palm Beach, FL 33401

Re:   *Infringement of BUDDHA BAR® Trademarks and Trade Dress*

Dear Sirs:

We are trademark and unfair competition counsel to George V Restauration, S.A. ("George V"). George V is the owner of the exclusive right to the family of BUDDHA BAR® service marks, trademarks, and trade names, represented by several pending and registered foreign and United States BUDDHA BAR® marks ("BUDDHA BAR®"), including, without limitation: foreign Registration No. 725,306 (for restaurant services) and United States Registration Nos. 2,439,577 (restaurant services), 2,496,729 (clothing), and 2,552,052 (clothing). George V is also the registered owner of the domain BUDDHA-BAR.COM. This family of BUDDHA BAR® marks is widely recognized by the public worldwide.

The purpose of this letter is to place you on formal legal notice of our Client's objections to your infringing use of BUDDHA BAR® and of the distinctive trade dress of BUDDHA BAR® in violation of 15 U.S.C. §§ 1114(1) and 1125(a).

As you no doubt are well aware, the BUDDHA BAR® family of marks embodies the goodwill and repute of the internationally famous restaurant and nightclub BUDDHA BAR®, which has operated in Paris and has been licensed worldwide since 1996. The

**NOVIAN & NOVIAN, LLP**

1801 Century Park East, Suite 1201, Los Angeles, California 90067-2326



# NOVIAN & NOVIAN, LLP

May 6, 2005
Page 2 of 3

BUDDHA BAR® family of marks further embodies the goodwill and repute of critically acclaimed BUDDHA BAR® sound recordings sold worldwide.

As you further are certainly aware, among the main attractions of BUDDHA BAR® is its original and elegant Asian-inspired décor, its unique atmosphere enhanced by BUDDHA BAR® sound recordings, and its excellent Asian cuisine.   Since commencement of operations, BUDDHA BAR® has ranked among the world's most famous restaurants and nightclubs.

In light of the renown of BUDDHA BAR®, we were, at a minimum, surprised to discover that you recently commenced operation of "Buddha Bar WPB" 313 Clematis Street in West Palm Beach Florida, and filing for the same as a fictitious business name.  We have recently noted that your establishment is advertised on the Internet and in various print media as a lounge bar and restaurant decorated with Asian and exotic influences.  We can only conclude that your improper and unauthorized use is intentional and designed to palm off on the goodwill and renown of our Client's intellectual property.

As noted above, our Client has been using BUDDHA BAR® continuously internationally and in the United States for more than eight (8) years, and is currently in the process of expanding its operations both domestically and internationally.  As a result, your use is likely to cause confusion as to the source or affiliation of your business and its services with our Client and its famous BUDDHA BAR® mark and trade dress.  Moreover, your use of the BUDDHA BAR® mark and trade dress creates the false impression that your establishment is somehow endorsed, affiliated, or approved by George V, when in fact it is not.

Therefore, on behalf of George V we hereby demand that you:

1.      Immediately cease and desist from any and all use of the BUDDHA BAR® mark, including any and all references to and display and dissemination of the BUDDHA BAR® mark;

2.      Immediately cease and desist from any and all use of marks confusingly similar to the BUDDHA BAR® mark, including any and all references to and display and dissemination of a mark confusingly similar to BUDDHA BAR®;

3.      Immediately remove and destroy, at your own expense, all products or promotional materials that feature the BUDDHA BAR® mark, or any confusingly similar mark, and inform us as to what publicity or promotional materials you have already placed in the stream of commerce, in order to

## NOVIAN & NOVIAN, LLP

May 6, 2005
Page 3 of 3

        facilitate the removal and destruction of same;

4.     Immediately remove and destroy all elements of our Client's trade dress from your establishment; and

5.     Refrain from engaging in such unlawful use in the future.

Accordingly, you must immediately take corrective action to give notice to all parties that are acting for you or in concert with you in connection with the unlawful actions that have been detailed herein.

Unless we receive formal notification from you or your counsel within ten (10) days – **or no later than by close of business on May 20, 2004** – that the aforementioned corrective steps have been taken and that all uses of the BUDDHA BAR® mark and trade dress have been discontinued, we will have no alternative but to pursue all appropriate legal action against you in order to protect our Client's rights and goodwill.

We therefore look forward to your immediate reply.

The foregoing has been stated without prejudice to any of George V's rights and remedies, all of which are hereby expressly reserved.

Very truly yours,

NOVIAN & NOVIAN, LLP
Attorneys at Law

FARHAD NOVIAN

*Law Offices of*
# DEAN L. WILLBUR, JR., P.A.
*1100 North Olive Avenue*
*West Palm Beach, Florida 33401*

**Telephone (561) 832-7773**                                          **Facsimile  (561) 832-7994**

May 16, 2005

Farhad Novian, Esquire
Novian & Novian                                  **FOR SETTLEMENT PURPOSES ONLY**
1801 Century Park East
Los Angeles. California 90067-2326

      RE:   Trademark - Buddha Bar
             S.T. Complex. LLC. d/b/a Buddha Bar

Dear Mr. Novian,

Thank you very much for your letter of May 6, 2005 directed to my client Frank Garcia as the manager of S.T. Complex, LLC, d/b/a The Buddha Bar WPB. I am sure you are aware that Florida law closely follows Federal Law when it comes to trademark and trade name infringement. As such the operative term, when we attempt to focus on trade name infringement, is "USE".

I am sure you know full well that there is no infringement of a trade name even if the trade name has been registered if the user does so without notice. Especially when the trade name is not being actively used by the registered owner, in the area of claimed infringement.

There is no requirement now nor has there ever been that a business owner must research the national registration of a trade name which is not in active use, especially one which is not specifically descriptive of a product or service.

I am terribly sorry to burst your clients bubble, but the name **"BUDDHA BAR"** as associated with an international lounge or eatery, ect., is not known in the Florida geographical area. This could well be because your client neither operates an establishment in Florida nor advertises nationally so that the name **"BUDDHA BAR"** would not have taken on some secondary meaning.

As for the decorating of an establishment with "Asian and exotic influences", I had no idea that one could trademark a motif that is used by in excess of two billion (2,000,000.000) people to decorate their homes and businesses. This of course is especially true when there  is no specific. unique. or unusual characteristic which could be used as an identifier of your clients business.

I am sure we will agree to disagree, but my client is not "infringing" on any business or right your client might possess.

Please contact me if you have any questions or concerns.

Sincerely,

Dean L. Willbur, Jr.

DLW:sih



NOVIAN
&
NOVIAN
ATTORNEYS AT LAW

Telephone 310.553.1222
Telecopier 310.553.0222

June 7, 2005

*File No. 3239-10*

*Confidential Settlement Communications*

**VIA FACSIMILE AND US MAIL**

Dean Willbur Jr., Esq.
S.T. Complex LLC
Address: 1100 N Olive Ave.
West Palm Beach, FL 33401

Re:    *Infringement of BUDDHA BAR® Trademarks and Trade Dress*

Dear Sir:

This office is in receipt of your letter of May 16, 2005. Thank you for your response, however, I am afraid we cannot agree with your analysis and conclusions regarding your client's infringing use of our Client, George V Restauration, S.A. ("George V")'s family of BUDDHA BAR® marks.

Thus, the purpose of this letter, then, is – for the last time before our client seeks legal recourse – to place you on formal legal notice of George V's, objections to your client's continued infringing use of BUDDHA BAR® and of the distinctive trade dress of BUDDHA BAR® in violation of 15 U.S.C. §§ 1114(1) and 1125(a).

As noted in our previous correspondence, our Client has been using BUDDHA BAR® continuously, both internationally and in the United States, for more than eight (8) years, with respect to restaurant and nightclub services. Also, George V is currently in the process of expanding its operations both aforementioned arenas. Further, through our Client's use of the BUDDHA BAR mark throughout the US and abroad, the mark has received significant unsolicited *nationwide* press attributed to our Client's high quality products and services: including *MTV's Real World and UPN's Americas Next Top Model*, just

NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201, Los Angeles, California 90067-2326



# NOVIAN & NOVIAN, LLP

June 7, 2005
Page 2 of 3

to name a few.

Thus, your client's use of the BUDDHA BAR mark is likely to cause confusion among consumers as to the source or affiliation of your business and its services with our Client and its famous BUDDHA BAR® mark and trade dress.

Finally, while your client claims to have no past knowledge of our George V's rights with respect to the BUDDHA BAR marks, this in no way exculpates it from its infringing activity to date. Moreover, your client is now on formal notice of the impropriety of its use of the BUDDHA BAR mark, and should it fail to cease and desist from its infringing activity, our client will seek to enforce its rights and remedies with respect to said willful infringement.

Therefore, on behalf of George V we hereby demand for the last time that your client:

1. Immediately cease and desist from any and all use of the BUDDHA BAR® mark, including any and all references to and display and dissemination of the BUDDHA BAR® mark;

2. Immediately cease and desist from any and all use of marks confusingly similar to the BUDDHA BAR® mark, including any and all references to and display and dissemination of a mark confusingly similar to BUDDHA BAR®;

3. Immediately remove and destroy, at your own expense, all products or promotional materials that feature the BUDDHA BAR® mark, or any confusingly similar mark, and inform us as to what publicity or promotional materials you have already placed in the stream of commerce, in order to facilitate the removal and destruction of same;

4. Immediately remove and destroy all elements of our Client's trade dress from your establishment; and

5. Refrain from engaging in such unlawful use in the future.

Accordingly, you must immediately take corrective action to give notice to all parties that are acting for you or in concert with you in connection with the unlawful actions that have been detailed herein.

NOVIAN & NOVIAN, LLP

June 7, 2005
Page 3 of 3

Unless we receive formal notification from you or your counsel within ten (10) days – or no later than by close of business on June 15, 2005 – that the aforementioned corrective steps have been taken and that all uses of the BUDDHA BAR® mark and trade dress have been discontinued, we will have no alternative but to pursue all appropriate legal action against you in order to protect our Client's rights and goodwill, including the disgorgement of all profits unlawfully obtained by you to date.

We therefore look forward to your immediate reply.

The foregoing has been stated without prejudice to any of George V's rights and remedies, all of which are hereby expressly reserved.

Very truly yours,

NOVIAN & NOVIAN, LLP
Attorneys at Law

FARHAD NOVIAN

# BUDDHA-BAR CDS



International Launch
April 10, 2001



International Launch
February 12, 2002



International Launch
March 10, 2003



International Launch
February 16, 2004



International Launch
February 14, 2005



NEW YORK OBSERVER
NEW YORK, NY
WEEKLY   50,000
JUL 30 2001

USA

FrAngus dela presse t mcs
Copie interdite sans autorisation du C.F.C.

# Paging Dr. Harold Varmus:
# Negative Results on Build Plan

A year and a half ago, Dr. Harold Varmus went to Memorial Sloan-Kettering Hospital with impeccable credentials—former director of the National Institutes of Health, a 1989 Nobel Prize—and a mandate to rev up research at the East Side institution.

Dr. Varmus, Sloan-Kettering's new president, wanted to bring in renowned scientists. Attract research dollars. Make Sloan-Kettering, the cancer-treatment hospital, and Sloan-Kettering, the research center, symbiotic, simpatico, an engine and transmission perfectly in tune.

On July 18, in a hot and humid auditorium on the nearby Rockefeller University campus, Dr. Varmus found himself trying to articulate that plan before several hundred Upper East Side residents, most of whom were angry, if not downright hostile. Like Donald Trump and scores of other big-name would-be developers before him, he was subjected to the ultimate New York City experience: an appearance before a community board. And even with the air conditioner throbbing steadily in the background, Dr. Varmus looked like he was beginning to sweat just a bit.

Dr. Varmus' hopes for a revitalized Memorial Sloan-Kettering research center had taken the form of a gigantic new building on East 68th Street—a 440-foot-tall laboratory tower, with roomy offices and the latest in equipment, to be used as a lure to keep top researchers and attract new scientists and doctors to Sloan-Kettering's staff.

To build this building, Dr. Varmus will need money: $500 million to $700 million. But he's also seeking a substantial boost in the zoning for the institute's main campus, from 66th to 69th streets between First and York avenues. Which is where the community board comes in.

Speaking before Board 8, his back to the hundreds of critics in the audience, Dr. Varmus made his case. But the board, and Sloan-Kettering's neighbors, had other things on their minds, such as what increasing the hospital's as-of-right building allowance will mean for the area in the future.

Increasing the allowable building height, while also designating the institution a "large-scale community facility"—a technical designation that would further ease future building restrictions—is like watching Sloan-Kettering a blank check to bank in a neighborhood already congested and threatened by encroaching towers, some neighbors said.

"This board stands for good zoning," board member Teri Slater said. "The high-rise, skelter development in this neighborhood is not just driven by science, it's driven by development. We're all about compromise in this board, nobody gets everything they want."

But Memorial's attorney, Shelly Friedman—who also represents other posh ethnic institutions like the Metropolitan Museum of Art—defended Sloan-Kettering's request for increased zoning, saying, "We're at a point where a conference room could not be added to this campus without a variance; this is unacceptable." Sloan-Kettering representatives were also quick to point out that they had already compromised on their proposed tower, which will be 80 feet shorter than the 520 feet they're allowed on that single site.

Dr. Varmus told the board the new research facility is badly needed to enhance the institution's ability to develop lifesaving treatments. "We've now entered the era of

magic bullets, in which drugs are designed based on our knowledge of cancer research," Dr. Varmus told the board. "We live in an extraordinary neighborhood. Rockefeller University, Cornell Medical School, Memorial Sloan-Kettering—all of these create an environment where we mix gators, post docs, students and faculty clinicians are bumping into each other ... This is a place where we generate an academic environment."



**Dr. Harold Varmus: A scientific panel might be easier to win over than a community board.**

But not all members of the community—even the medical community in which Dr. Varmus figures so prominently—agree with his argument for consolidation. "They [Sloan-Kettering] know very well that everything doesn't have to be centralized or consolidated in one institute," Dr. Lawrence Yannuzzi, vice chairman of ophthalmology at the Manhattan Eye and Ear Institute, told the board. "To consider everything under one umbrella—that is not the way research is conducted today, and to lead the board or other public officials or governmental agencies, or the public itself, down a primrose path of misinformation by suggesting that we need this monstrously large complex in our neighborhood, with all the implications and the devastating potential impact, is wrong."

Manhattan Assemblyman Alexander (Pete) Grannis made the unusual suggestion that the world-class hospital ship its research, to another borough or Long Island City in Queens. "There has been overwhelming opposition to this project," he told the board. "It is roundly condemned in this community."

But Dr. Varmus dismissed the idea. "I don't want to sound strictly elitist," Dr. Varmus told the board, "but there is a difference between research and research that yields dramatic results. Dramatic results come from centers where the best people of many disciplines get together, researchers by the presence of patients and students and post-doctoral fellows."

Dr. Varmus had plenty of supporters. "I don't know any researchers; for all I know, they're a bunch of self-centered bastards," said Miriam Hecht, a math teacher at Hunter College, at the meeting. "But the fact is the e-people save a community of cancer patients. When you look at the trade-offs, you can't trade that for the amenities of

this privileged neighborhood."

The debate dragged on for hours, with both board members and neighbors split. Finally, Board 8 voted 22-19 to recommend that Sloan-Kettering's application be rejected, reversing a July 16 subcommittee recommendation supporting the hospital's plan.

The board's recommendation will now go to the borough president's office, which has 30 days to act before the issue goes to the City Planning Commission and City Council.

—Petra Bartosiewicz

### NEIGHBORS PRAYING THAT BUDDHA STAYS AWAY

When Buddha Bar opened on the Champs-Élysées in 1996, it brought new glitz to one of Paris' most chichi districts and immediately jetted onto the A-list as one of Europe's top nightspots.

For some reason, that doesn't have the neighbors of a new Buddha Bar—set to touch down in Chelsea by next spring—boogieing across any dance floors.

A franchise of the Buddha Bar has leased space in the Chelsea Market, the gigantic shopping and dining complex at Ninth Avenue and 16th Street. At the July 18 meeting of Board 4, residents lambasted the plan, saying it will bring more noise, traffic and late-night activity in a neighborhood with plenty of residents who are trying to get some sleep.

Board 4 is involved because it can support or recommend the rejection of liquor-license applications.

The proposed location for the club is directly across the street from the Fulton Houses, the largest public-housing complex in Chelsea—a jarring juxtaposition with a venue designed to appeal to affluent customers, neighbors said.

Among their big worries, neighbors say, is that a 500-person capacity venue with a requested 4 a.m. closing could aggravate traffic, noise and pollution in an area already saturated by large nightclubs, including Roxy and Park within two blocks of the proposed site.

Buddha Bar would also feature live disc jockeys and a retractable roof, prompting concerns about noise. The bar's owners have offered to close the roof by 10 p.m., but residents are not satisfied.

"The only place in this city that needs a retractable roof is Yankee Stadium!" one elderly woman shouted from the crowd.

Melva Max of the Far West Chelsea Neighborhood Association was furious that Buddha Bar's proprietors have been marketing it to residents as a "family restaurant." "With live music every night and a souvenir stand selling CD's and T-shirts, Ms. Max said, Buddha Bar is clearly a nightclub masquerading as a restaurant.

But Raymond Visan, owner of the Paris Buddha Bar, told The Observer "There is a misunderstanding between what we are and what people think we are.

We are a restaurant," Mr. Visan continued. "It's not a club, it's a restaurant and we've lots of neighbors in Paris, and we don't have the slightest problem."

Despite residents' protests, Board 4 approved a letter to the State Liquor Authority in support of Buddha Bar's application. However, the letter included stipulations on late-night noise from music and air-conditioning equipment.

The State Liquor Authority held a hearing July 3 on Buddha Bar's application, but no decision has been reached, according to an S.L.A. representative. Mr. Visan told The Observer that construction is set to begin this fall, and the club should open by the spring of 2002.

—Beth Satkin

*July 31: Board 1, South Bridge Towers Community Room, 90 Beekman Street, between Cliff and Pearl streets, 6 p.m., 442-5050.*



# THE HAUTE ZONE

**P**ARIS SIMMERS WITH delicious innuendo: Tales of chefs rising like caramelized phoenixes from the flames of defeat. Of three-stars dangling in financial distress, one even plunging into bankruptcy. Of Michelin all-stars relying on boil-and-serve packages. Is the food world bitchier than any other? Or does it just seem so because I'm wired into the chatter?

Enough of knaves and kings. Let's speak of cabbages. Parisian bread, like New York's, is better than ever, and restaurants vie to serve the most paralyzing variety of house-baked petits pains. Even chain bakeries stock a dazzling array of options—olive, nut, sesame, semolina, *ancien*, not so *ancien*. But in the name of health, the waistline, and pinched pocketbooks, many



*You come for foie gras, naturally, but now there are cheaper pleasures at hand: food that La Grande Paris is bingeing on.*

**By Gael Greene**

PHOTOGRAPH BY PIERRE-JEAN VERGER

Parisians are drinking and eating less. (Parisians like to pose as cholesterol agnostics, but there's no ignoring those abused livers that cry out in the night.) As the keepers of the priciest tables keep starting little discount bistros and offering cut-rate lunch, their former protégés are opening restaurants where the prudent prix fixe rules—with innards and odd parts (beef cheeks, calves' tongues, oxtails) to batten down food costs. What follows is a report from a month in Paris, where a few go-for-broke splurges spiced up the hunt for the best in bargain dining. And the dollar, sturdier now against the faltering franc, sweetens the stew, though you may scarcely notice the blessing as you surrender $270 per person for grandeur-with-a-limp at the town's newest three-star. Restaurant Alain Ducasse.

rustic studded wooden door with a metal tattooed Berber hand as a knocker is **Oum El Banine** (16 et 16 bis rue Dufrénoy, 16th arrondissement; 33-1-45-04-91-22). Think Rick's Café Américain in *Casablanca*—the play of light and shadow thrown by palms, arches, and pierced-metal lanterns. The host, Nordine ("just Nordine," he says), smiles, pleased to see the six of us sharing the cumin-scented salads, the crisp triangles of thinnest pastry stuffed with meat and seafood, and a sensational egg-and-meat-filled Tunisian crêpe. Inside the sugar-dusted pastilla—a crunch of tissue-thin pastry layering chicken, nuts, and egg each ingredient is distinct. For me, couscous is the inevitable entrée choice. But tonight's lamb tagine with zucchini and thyme, which sounds unexciting, proves to be a must, too. And I'm much too fond of the deliciously crusted méchoui (grilled lamb). Add a rough Moroccan red wine, sweet almond pastries, *and* mint tea, to spend about $55 each.

FOR A WHILE, THE TOWN SEETHED with reports of Wolfgang Puck sightings. It seems the pair behind the feverish bgr-cum-mating scene at Bârfly, at 49-51 Avenue George V, had imported Wolf's onetime right-hand man at Chinois-on-Main in Santa Monica to launch the $2 million **Buddha Bar** (8 rue Boissy-d'Anglas, 8th arrondissement; 33-1-53-05-90-00). In a nanosecond, a migration of nightbirds jammed the doors-leggy dress-hangers, Gallic garmentos, and the usual scene-crashing curious tipped off by the hotel concierge. Macao is the caprice, an excuse for jumbling Asian brocades, teak floors, Iberian wrought iron, and a fourteen-foot polystyrene Buddha in a soaring lacquered space with a staircase for dramatic descents. Thirsty? Cocktails begin at $10. Chinois fans will recognize the fusion fuss; sweet, meaty ribs, crackling squab à l'orange, and Vietnamese spring rolls. It's all rather pricey- lamb at $29, sorbets for $15—especially if you are charged for duck that



never arrives, and the waiter decides you need four portions of riz à la Shanghaienne ($40) when you ordered just one ($10).

Philippe Starck has gone for clutter at **l'Hôtel Costes** (239 rue St.-Honoré, 1st arrondissement; 33-1-42-44-50-25), roping it in kilometers of braid bondage and tassels and planting grand Victoriana in house and garden. Just steps from the Place Vendôme in born-to-shop Valhalla, the hotel's lobby and terrace have become Capistrano to the fashion flock. I steam out my Armaniesque jacket in the shower, recruiting a pal with clout to snare an impossible reservation, and soon we are nibbling rabbit food (appetizers $12, entrees $27) on armchairs pulled up to a small round table shrouded in creamy fagoted linen, just inches away from a famous American X-ray. "Now, *that* proves you can be too thin," my companion whispers, pronouncing her club sandwich "the best I've ever had in Europe." And the aubergine-tomato melt is the worst. Clearly, no one comes here to eat. They sit with chums while chatting with other chums on cell phones.

For a serious splurge, I send friends to **Taillevent** (15 rue Lamennais, 8th arrondissement; 33-1-44-95-15-01), where it doesn't matter who you are or how you look—the consummate host, Jean-Claude Vrinat, treats you like a sultan. But gourmand friends lobbied instead to blow our stash at **Guy Savoy** (18 rue Troyon, 17th arrondissement, 33-1-43-80-40-61). Four hours later, six of us have spent $175 each—the wine provided by one of the guests—and have confirmed that two-star chefs try harder. Saner minds might prefer to eat less à la carte and spend $125 to $140, drinks not included.

Neither the chef nor I can remember my last visit, but he is determined to make up for wasted years. By midnight, he is totally out of control. In a single day, I can handle one *degustation*—a chef's special tasting of eight or nine courses. But two, with addenda, is a challenge. Perhaps that's why the few flubs are forgotten and the triumphs register: Raw foie gras cured in salt and rolled in cracked pepper. Exquisite skate, a small lukewarm rectangle with caviar and oyster juice. Mussels and mousserons *terre et mer*, earth and sea—France's answer to surf and turf. Unctuous tuna belly in ginger butter. Croustillant of calf's foot with black radish and an herb salad. Duck roasted *à l'ancienne* with caramelized turnips and a turnip galette, in two courses. A parade of desserts, exploiting every fruit in the market. And cookies, tartlets, bonbons, sorbets. A first-timer to Paris summons the strength to stagger from the table. "Am I still alive?" he asks. "I think I'll spend the rest of the night in the nearest emergency room."

**Royal treatment: Chef Manuel Martinez of Le Relais Louis XIII; Garden Terrasse at Hotel Costes.**

Photographs by Francis Amiand 1976



**NEW YORK MAGAZINE**

NEW YORK, NY
WEEKLY     450,000
OCT 2 2000

USA

l'Argus dela presse f FRANCE
Copie interdite sans autorisation du C.F.C.

# N SPIEGELMAN
# _IGENCER

## KURT QUERIES QUEER GOLDIE'S DINNER

Whatever's going on between **Goldie Hawn** and **Kurt Russell**, don't ask Goldie. When the ever-stunning Hawn recently showed up for a G & P Foundation for Cancer Research dinner hosted by her friend **Denise Rich** at Pier 92, the throng of journalists and photographers quickly made her lose her appetite. "There was all this press left over from the Escada show," says a witness, "and as soon as they saw Goldie, they pretty much bombarded her. The photographers went crazy, and people had to shield her from them." The real problem, however, wasn't the shutterbugs but the reporters. According to the source, so many journos inquired about recent reports that Hawn's long relationship with Russell is on the outs that she was "practically in tears" by the time she reached her table. "She was supposed to stay for dinner," the tipster tells us, "but she was so upset that she just said 'Hi' to Denise and left." Hawn's rep did not return calls.

## UNHAPPY BUDDHA BARS U.S. OUTPOST

Leave it to the Parisians to find national pride in a trendy bar. When the folks behind the Paris hot spot **Buddha Bar** got wind that restaurateur **Marc Packer** was slated to open a restaurant with a similar name in New York—Packer was calling his the Tao Buddha Bar—they had their lawyers write a terse letter explaining that they owned the rights to the name Buddha Bar for use in America (not that the name hadn't already been tried, by the now-defunct –and not related– Buddha Bar on Varick Street). "But we had looked into this and knew it wasn't true," Packer tells us. "So we sent them a letter asking for the trademark number and a location for their U.S. restaurant. They never

## HILTON'S REP IS IN THE TOILET

Junior socialite **Paris Hilton** certainly seems to have a keen grasp of social etiquette. A fashion-world source tells us that at Nautica's recent post-show party at Laparue, the 19-year-old hotel heiress enraged fellow partygoers when she and beau **Edward Furlong** locked themselves up in the bathroom for a cool twenty minutes, leaving hipsters in need of a little relief standing around in anguish. "The line was like fifteen people long," says the source. "Everyone was drinking and the place only has two bathrooms, so the situation became pretty tense." The tipster says that once Hilton and Furlong unbolted the powder-room door, the Park Avenue nymph showed off her Sapphic side, attempting to kiss a slender model on the lips. "She kept getting all up in this one model's face, trying to kiss her," explains the source. "But the model kept dodging Paris until she went away." To get over the rejection, Paris did what any noble-blooded young lady would do: She went to the upstairs balcony, showed off her G-string and bra, and, according to one witness, performed a lap dance for Furlong. "She almost fell off the balcony," says the observer. "That girl was totally out of control." When asked about the evening, a rep for Hilton curiously insisted that she "was only at the party for five minutes." Furlong's manager didn't return calls.

gave us a straight answer." However, when his noshiere opens this fall, the name *will* be changed, to Tao Asian Bistro. Was it the Gallic pressure? "No way," snips Packer. "We made the decision independently, *not* because of them." The Parisians didn't return our calls. And in other nightlife news, **Jeff Gossett**, the man who gave New York Moomba, is opening a branch of the lounge in Los Angeles. The sibling eatery is set to open in February.

## DAMIEN HIRST GOES DOWN FACE-FIRST

Attention-getting artist **Damien Hirst** is looking just a little less pretty these days. Before his show at Chelsea's Gagosian Gallery, the bad-boy Brit wounded his face during some horseplay with a few of his buddies. According to a source close to Hirst, he booked the penthouse suite at the Soho Grand as well as several rooms at the Chelsea Hotel to accommodate his pals from across the pond, including members of London's bawdy Groucho Club, among them rubber-faced actor **Rowan Atkinson**. Originally, we'd heard that Hirst fell over after too much of a good time at a barbecue he held at the Grand, but his publicist, **Nadine Johnson**, amusedly set us straight. The art star—nicknamed Damien Thirst by his crew—scored his scars not at the barbecue but simply while he was "walking down the street." Actually, he wasn't walking, but riding on a friend's back. Everything was going just swimmingly until, it was explained via e-mail, "the friend tripped over." We're just glad to know he wasn't up to anything *silly.*

## GANDEE PUTS *TALK* STAFF ON HOT SEAT

Not content with simply helping redesign the magazine's feature well, *Talk* editor **Charles Gandee** is now redesigning the office space. The staff of the monthly recently moved to new quarters in Chelsea, where the enterprising editor was pressed into service as a decorator. The stylish ex-*Vogue* editor's first move was to ban the staff's

Photographs: top, Henry M. Goodsled Jr./Photos.
bottom, Robin Platzer, Twin Images.

OCTOBER 2, 2000   NEW YORK   21

Special Advertising Section

**ITINERARY: travelling in**

## STYLE FOR SALE

**Artelano.** 54 rue Bourgogne, 75007. Tel. 33.1.44.18.00.00. Furniture designs from Olivier Gagnère, Pascal Mourgue, Christophe Pillet

**Bô.** 8 rue Saint Merri, 75004. Tel. 33.1.42.72.84.64. Minimalist design boutique offering everything for the home from lighting to furniture, decorative objects and botanical bath products

**Christian Liaigre.** 42 rue du Bac, 75007. Tel. 33.1.50.63.33.66. The "king of depure" line of shop full of his own fabulous designs.

**Colette.** 213 rue St Honoré, 75001. Tel. 33.1.55.35.33.90. One the coolest concept emporiums, stock from Kiehl's and Bumble and Bumble to Prada and Jimmy Choo.

**Résonances.** Village Royal, 25 rue Boissy d'Anglas, 75008. Tel. 33.1.44.73.89.30. Contemporary homeware store selling everything from bathroom scented candles to watering cans, scented candles, furniture to nap cushions and porcelain door knobs.

**Sentou Galerie.** 26 Blvd. Raspail, 75007. Tel. 33.1.45.49.00.05. Up-and-coming furniture and tableware designs.

(Look out for **Cappellini's** first 3,600-square-foot Paris furniture store to open in the Marais district next week.)



### SENTOU GALERIE

The two-hundred-square-meter Left Bank location is showcasing the works of Isamu Noguchi and Robert Le Heros, among others. (Another gallery location is due to open in Paris next month.)

including the Eiffel Tower's nightly millennium light show.

Other not-to-be-missed beacons of style include Philippe Starck's organic restaurant, **Bon**, where Starckian style holds sway over 7,500 square feet of space. Some say the ravishing décor—which features satin walls, silver candelabra, and glittering metal and marble *table d'hôte*—outranks the food. (Wags claim it should be called Beau, not Bon.) Head for the room with pillow-strewn sofas and celebrity-filled booths. **Korova** is the latest hit with *tout* Paris, jammed from noon to 2 A.M. Backed by TV personality Jean Luc Delerve and Hubert Boukobza, owner of the legendary Bains nightclub, its modern décor by young French designer Christian Biecher features Murano lighting, leather seating, and a totem-like aquarium teeming with exotic blue fish. (On the menu is an amazingly delicious roast chicken with Coca-Cola sauce. There's also a trio of seafood ceviches, mouth-watering *millefeuilles*, and macaroons.)

Even the establishment is moving fast-forward into the twenty-first century. Multi-Michelin-starred chef Alain Ducasse asked former Starck acolyte Patrick Jouin to add a modern metallic accent to the gilded Régence décor of his new three-star **Restaurant Plaza Athénée**. In Ducasse's other gourmet venue, the rebaptized **59 Poincaré**, Jouin's contemporized décor of white-leather barstools and marble tables is matched by fusion fare based on lamb, lobster, fruits, and vegetables.

While fusion is the fashion, a beatific note is struck by the **Buddha Bar**, where exotic cocktails are sipped in the presence of a giant, gilded Buddha. The beat goes on with the Cuban **Le Barrio Latino** in an eighteenth-century building built by Eiffel Tower designer Gustave Eiffel. Baroque sofas and a spiralling ironwork staircase provide a theatrical back-drop for its obsessively trendy clientele (one floor is reserved for VIPs only). At sunset-colored **Tanjia**, the jet set has found a new Moroccan refuge with bio-couscous on the menu. Patrons have cocktails and appetizers while languishing on Moroccan divans. Then there's Japanese minimalism à la Française by design diva Andrée Putman who has made **Lô Sushi** the hot spot for a fashionable snack or après-movie supper.

P-71

Special Advertising Section

**NEW YORKER**
NEW YORK, NY
46-TIMES/YEAR   868,650
MAR 19 2001

USA
l'Argus dela presse PARIS
Copie interdite sans autorisation du C.F.C.

"You are where you sleep," asserts Ian Schrager. "Because where you sleep says to the world, 'this is who I am.'" Whether or not you agree with the renowned hotelier, there's no debating how important interior design has become in our lives, even when we're on the road. The successful boutique hotels of visionary entrepreneurs worldwide are testimony to his proclamation. A-list hotels and restaurants are currently engendering a whole new zeitgeist.

Today's traveller can't help but take note not only of the sudden proliferation of chic, high-wattage hotels and restaurants, but of the architecturally brilliant new museums and the sleek new boutiques that could—and sometimes do—double as art galleries. And there's much more than that which meets the eye: Fashion may fade, but true style endures.

# the chic set
BY ASHLEY STARR

A-list hotels, restaurants, and boutiques are engendering a whole new zeitgeist.





**HUDSON HOTEL**
Being referred to as the ultimate lifestyle hotel for the twenty-first century, the Hudson will soon have its own boutique stocked with goodies handpicked by Ian Schrager.

USA
l'argus de la presse / PAS

LOS ANGELES TIMES
LOS ANGELES, CA
THURSDAY   1,021,121
APR 2 1998

# Cooking a new game

MH2

Saddle Peak Lodge's chef has left for the beach,
but new cook is ready to play at Calabasas hideaway.

■ RESTAURANT NEWS

BY ANGELA T. PETTERA
SPECIAL TO THE TIMES

**Empty Saddle.** Josie Le Balch, the chef who loved to play with game at Saddle Peak Lodge, has left the Calabasas hideaway and is consulting with Liza Hutter, Jean Francois Meteignier's former partner in La Cachette, on a beach-food restaurant to open on Pacific Coast Highway. Replacing her is former sous-chef Gael Lecooley, whom Le Balch had been grooming for the executive spot since the French-trained chef was hired last April. Lecooley will keep some of Le Balch's dishes, but he'll also be putting his own stamp on game cookery. *Saddle Peak Lodge, #19 Cold Canyon Road, Calabasas; (818) 222-3888.*

**A Boat-Full of Puns:** Why is that new restaurant in the Beverly Center called Le Bateau (the boat)? Chef Minoru Ushikoshi says he wants to take you on a "cruise of international cuisine." Le Bateau is meant to be a "flagship" restaurant with more to follow in the U.S. Now that we've gotten that out of the way, chef Minu has been the

at a famous French restaurant in Tokyo and personal chef to the emperor of Japan. His menu ranges from French sautéed duck breast to a spicy Korean seafood salad Le Bateau is on the ground floor of the Beverly Center, across the street from Hotel Sofitel. *Le Bateau, 8530 Beverly Blvd., No. 151, Beverly Hills; (310) 854-1115.*

**Invasion of the Chinese Chicken Salad:** Bob Mandler is opening his eighth Chin-Chin at the site of the old Larry Parker's. The new space is bright and open, with an exhibition kitchen, counter bar and plum-colored leather booths. *Chin-Chin, 206 S. Beverly Drive, Beverly Hills; (310) 786-8860.*

**Antonio's Turns 30:** Antonio's is celebrating its 30th anniversary with two menu specials *pollo en salsa verde de Vera Cruz and pollo en mole* Tabasco, available at lunch or dinner Friday-Sunday. The classic blue corn and chicken tamales will be available for $1 off the menu price during the same three days. *Antonio's, 7470 Melrose Ave., L.A.; (213) 655-0480.*

**Remembering Lost Firemen:** Maui



DAILY SPECIAL   by Donna L. Barstow

WHEN DYSFUNCTIONAL FAMILIES GO OUT TO EAT.

Chinese! · Italian! · Burger!

e-mail: dbarstow@hotmail.com

Beach Cafe is hosting a special memorial benefit dinner in conjunction with Fire Station No. 37 on Sunday to honor the four L.A. firefighters who lost their lives in March. The donation is a minimum of $50 per person, $25 for those ages 8-17, and free for children 7 and under. There will be a Hawaiian buffet and live Hawaiian music. Proceeds will benefit the families of the firefighters through the Los Angeles Fireman's Relief Assn. *Maui Beach Cafe, 1019 Westwood Blvd., L.A.; (310) 209-0494.*

**A Buddha in New York:** The people who opened Barfly on Sunset with chef Kazuto Matsusaka plan to roll out another Paris-based chain restaurant with Matsusaka called Buddha-Bar. And you may have heard that the first Buddha-Bar location in the U.S. would be in San Francisco. *Berg* wrong, those plans are on hold. Meanwhile, a

location is being scouted in L.A. and one has already been found in the SoHo district of New York. . . only the New York location won't be called Buddha-Bar, because there's already a restaurant of that name in the Big Apple. (Still, we are assured that, except in name, the Gotham operation will be a full two-story Buddha-Bar.)

**Don't Pass Over Jerry's:** Jerry's Famous Deli is serving a special Passover dinner April 11-18 in all eight locations. The dinner includes an appetizer, egg noodle or matzo ball soup, beef brisket or roasted chicken entree, matzo kugel, steamed vegetables, matzos, fruit compote or macaroon, and a glass of Concord wine for $18.75 per person. *Jerry's Famous Deli, Studio City, (818) 980-4245, West Hollywood, (310) 289-1811; Pasadena, (626) 446-1777; Encino, (818) 906-1800; Woodland Hills, (818) 340-0810; Marina del Rey, (310) 821-6626, Westwood, (310) 208-3354, and Costa Mesa, (714) 662-3354.*

**Still Got Turducken:** Royce's Cafe Orleans in West L.A. is offering turducken for the Easter season (Sunday-April 12) at the restaurant or to take home. If you don't know from turducken, it's Paul Prudhomme's creation of a chicken stuffed inside a duck stuffed inside a turkey. It involves no bones and three kinds of dressing. *Royce's Cafe Orleans, 10764 W. Pico Blvd., West L.A.; (310) 441-7494.*

35

# Late Night in City of Light

## A former chef at Chinois takes his special version of California-Asian fusion cooking to the foodies of Paris.

**■ FIRST IMPRESSIONS**

**BY S. IRENE VIRBILA**
TIMES RESTAURANT CRITIC

O n a recent trip to Paris, I thought I'd see what former Los Angeles chef Kazuto Matsusaka was cooking up at Buddha-Bar, the new and very hot late-night spot in the City of Light. Matsusaka was Chinois' chef for years and later cooked at Zenzero and, briefly, Cafe La Boheme before flying off to Paris to open this bar-restaurant in the 8th *arrondissement*.

At just after 11, when I wandered in one night, Buddha-Bar—a cavernous underground space behind the posh Hotel Crillon on the Place de la Concorde—is packed. Even at that hour, there's a wait for tables. We circle the smoky blue haze of the bar area vainly looking for somewhere to sit while we wait and end up hovering around the maitre d's podium for almost an hour. Finally, it's our turn and a waitress in a red brocade cheongsam, called upstairs by cracking walkie-talkie, leads us down a steep flight of stairs to a table. The dramatic high-ceilinged room is presided over by an enormous golden Buddha

(Visions of Chinois, no?) Beneath his serene gaze, Buddha-Bar is frantic, festive, very much the scene, thronged with gorgeous women, eccentrics and night owls. On this night, five birthday celebrations are going on simultaneously.

Once we get a table and manage to flag down a waiter, the food, it turns out, is quite a good rendition of the California-Asian fusion cooking Matsusaka was known for at Chinois and Zenzero. Familiar-sounding dishes like -ashimi with ponzu sesame sauce, Chinese chicken salad and spicy beef salad, and main courses like crispy quail with orange sauce, grilled lamb chops with herb vinaigrette or sauteed salmon in a red wine miso sauce make up Buddha-Bar's menu.

Matsusaka hasn't abandoned Los Angeles, though. Sometime this summer, he's slated to open Bar Fly (catchy name, eh?) with his Paris partners in the old Nicki Blair's space on the Sunset Strip.

**BE THERE**

**Buddha-Bar**, 8, rue Boissy d'Anglas, Paris (8th), phone, 011-33-1-53-05-90-00. Open Monday-Friday for lunch, daily dinner until very late. Appetizers $12-$22, main courses $15-$35.

[left column, partial]

... can its food "karma-free cooking"...
All the ingredients are organic and the owners are "moving out of red meat," though there's still a little in the *bolognese* sauce. Mostly, fish crew at **Pastis Restaurant**, the Provencal restaurant on Beverly Boulevard. Hugo Quincard, formerly of L'Orangerie and the Beverly Hills Hotel, and Eric Mercier whose background is La Tour

[far right columns, partial]

... time ... opened a branch in Las Vegas in February, at the Hughes Center. The chef's Vegas veteran Michael Ty, who was executive chef at Caesar's Palace for 14 years. FYI: A La-wry's opened in Jakarta, Indonesia, last fall. (Memo to self: Don't bother to pass that seasoned salt with vegetables and tofu, all drizzled with a mole sauce. (Vegetarian entrees $8.95 to $10.95.) 514 Santa Monica Blvd., Santa Monica, (310) 451-7544.

**Vida:** Chef Fred Eric caters to the vegetarian palate with the appealing, amusing and quite satisfying Veggie Pot Pie. In a moat of bright pesto sauce sits a golden circle of pastry filled with mashed potatoes, colorful small vegetables and a robust garlic gravy. (Pot Pie, $14.) 1930 Hillhurst Ave., Los Angeles, (213) 660-4446.

**2424 Pico:** Chef David Wolt ... prepares a beguiling vegetarian lasagna with roasted eggplant, roasted tomatoes (heirloom varieties in season), herbed ricotta cheese and a roasted red bell pepper sauce. Pair it with one of several appetizers, like the Greek salad (terme or fresh fruit salad (Lasagna, $13.) 2424 W. Pico Blvd., Santa Monica, (310) 581-1124.

**Cinnabar:** An elegant three-course vegetarian prix fixe meal includes sweet corn soup or a vegetable napoleon with peppercorn goat cheese, a warm shitake mushroom salad with baby mixed greens, and angel hair pasta with roasted garlic, asparagus and Parmesan cheese in a light balsamic-flavored sauce. (Prix fixe meal, $21.50.) 933 S. Brand Blvd., Glendale, (818) 551-1155.

LOS ANGELES MAGAZINE

LOS ANGELES, CA
MONTHLY      175,000
MARCH 1998

/ (Argus-jpg presse /

# restaurants

next: Matsusaka moved to Paris, helped open a new restaurant named Buddha Bar and became the toast of France for his chefly take on Asian-French cooking, which may have been yesterday's green-anise crème brûlée to us but was unprecedented in the conservative world of French cuisine. As Angelenos, we are used to seeing our second-

A CLICHED salad of mesclun and warm goat cheese is redeemed by the extraordinary freshness of the baby greens and a double shot of freshly toasted hazelnuts.

level chefs such as Roy Yamaguchi, Eberhard Muller, Elka Gilmore and Thomas Keller leap to stardom in other cities—the shadow of Wolfgang Puck is broad and deep—but Paris is the big leagues, the Show.

Still, the restaurant Matsusaka came back to California to open was not another Buddha Bar but a satellite of its Parisian sister Barfly. French reviews of the original Barfly have tended to say things like "One comes to Barfly to see and be seen, not to savor the cuisine and quality of service." And in fact, anybody who is hoping that the Los Angeles Barfly reflects Matsusaka's return to form will probably be disappointed: The cooking at Barfly is basic; serviceable; nonfood.

"What is with you guys?" barked a waitress the last time I came in. "I have never seen a quieter table of people in my entire life. Can't you be assholes about *something*?"

The inevitable Japanese businessmen congregate around the sushi bar at the rear, eating toro sashimi, smoky salmon-skin hand rolls and velvety slabs of albacore seared at the edges not quite long enough to firm up the flesh. There are California rolls made with king crab; fish tartares made with tuna, dilled salmon and wasabi-seasoned halibut; and standard sushi of



In summer the pretty courtyard of the HÔTEL COSTES FRANCE ET CHOISEUL attracts fashion's front row queen bees. Their tans glow under the red-lined umbrellas, highlighting their Ilias Lalaounis bold gold as they talk about *fringues* ("threads"). Throughout the year, the Second Empire dining areas around the sides hum with people enjoying the light Mediterranean-influenced menu: tomato and goat cheese tart, melon with Parma ham, *penne* with *pistou*, chicken with balsamic dressed arugula, and roasted bass, all served by exceptionally accommodating personnel. And then there are some sinful desserts....The same crowd frequents the CAFÉ MARLY, one of the Costes family's other establishments, especially after the fashion *défilés* at the Carrousel du Louvre.

At A PRIORI THÉ the street cred meets ready-to-wear, with jeans and blazers predominating on the wicker basket chairs under the Galerie Vivienne's sky light. Buyers bound for appointments in the Sentier, Paris's garment district, breakfast there, and globe trotting clotheshorses prowling the boutiques of the Place des Victoires do lunch, choosing sassy salads like the *varoise*, a zucchini boat filled with herby goat cheese on a sea of salad greens. A side dish of *tapenade* adds piquancy. A calorie wise choice appears under "Go-Lightly" in tribute to Truman Capote's Holly. It changes from season to season but runs to appealing combinations such as shrimp, fennel, celery, tomatoes, and cucumbers. At tea-time, bag-laden ladies square off their size-48 willpower against their size-2 hips, challenging themselves to resist such offerings as lemon cheesecake and nut studded brownies.

On the Left Bank the same mini dramas unfold around the terra-cotta-topped tables of CASA BINI, where shophounds compare their loot after a morning circuit of Saint-Germain's boutiques. In the evenings, cinema's A-list moves in, with regulars like the star of *Jean de Florette*, Daniel Auteuil, who orders arugula salad with generous slivers of Parmesan and *penne all'arrabbiata*. The house card bears the subscript "*Tutto carpaccio*," and Casa Bini lives up to it with a choice of nine delectable variations on the theme. And the *panna cotta* is to die for.

One of the town's hottest restaurants, ZEBRA SQUARE, is in the sixteenth arrondissement, nearly a mile and a half south of the Triangle d'Or, the city's Gold Coast. Media personalities from the Maison de Radio France's glass blockhouse across the street slink down the theatrical black-and-white striped runway to tables in the shadowy room. Here steamed vegetables are sauced within the prescriptions of even the most taxing diet, and, though the melon with prosciutto presents no challenge to the kitchen's culinary skills, it is a tribute to its suppliers. Both *gigotin de lotte rôti* (roasted monkfish) and fillets of *rouget* (red mullet) with eggplant complement the balanced white Sancerre.

Just as Coco Chanel wisecracked, "Fashion is made to become unfashionable," so one week's Mecca can become the next's Siberia. But some restaurants defy the rules and remain *dans le vent* ("with it") season after season. No perennial has proven hardier than Lipp, Léon-Paul Fargue, an early-twentieth century poet and boulevardier, remarked: "Paris has two million inhabitants but only one brasserie Lipp!" The selectivity of the welcome is part of the century-old legend, but the town's *grosses légumes* (bigwigs) keep coming back, drawn by the dazzling tiles and mirrors, homey touches like vegetable soup ladled from individual terrines, and the ghosts of patrons past, such as Jean-Paul Sartre, Ernest Hemingway, and a pleiad of others.

Lipp serves standard brasserie fare, with the *choucroute* (sauerkraut) and *pied de porc* (pig's trotter) given top billing. Marinated herring fillets, *cervelas rémoulade* (garlicky pork sausage with mustard mayonnaise), *caviar d'aubergines* (eggplant purée), and parsleyed ham terrine are correctly prepared. Daily specials—say, a rare leg of lamb with the obligatory *flageolets* (green kidney beans)—are exemplary, if not *haute cuisine*. And, in our corner-cutting world, the *mille-feuille* remains a monument to flaky pastry and unctuous pastry cream. Exceptional for Paris, a neat sign be-



Left: At Costes, courtyard crowd under umbrellas and roasted chicken with arugula
Above: Lipp's mille-feuille; Buddha-Bar's benign protector

94



Above: Spirited conversation and
spinach ravioli at Le Stresa
Below: Shozan's handsome décor
and autographed plates

The minimalist master of the moment, Christian Liaigre, is responsible for Shozan's beige linen and wood décor and its soothing *japonisante* effect. Dressy diners, many of them Japanese, seated at close-packed tables, cause the room to resonate with general good humor.

BARFLY, on the Avenue George-V, is altogether less serious. On Sundays, wannabe *Baywatch* lifeguards Rollerblade up and crumple into its royal purple velvet armchairs or their wicker counterparts on the terrace. Other members of the rugby shirt–clad *jeunesse dorée* arrive on bicycles or in souped-up Mini convertibles. They trade gossip over the brunch buffet while freighting their plates with saffron *tagliatelle* with smoked salmon and dill, tomatoes and mozzarella; eggs; muffins; and all sorts of other goodies.

Barfly is open all day every day (except for lunch on Saturdays). In the evenings the ochre and terra cotta walls reverberate to music while guests order from a menu that takes a bow to most of the world's favored flavors: American club sandwiches, Italian pasta with vegetables, Japanese *sushi*, and so on. The melange works, or so George Clooney would say. He met his girlfriend, Céline Balitran, a hostess, in the shadow of the restaurant's gigantic verdigris copy of the Louvre's *Nike of Samothrace*.

Down the street, FINZI occupies the basement of a former stable opposite the American Cathedral in Paris. The changing-color bright lights that wash its white walls could certainly distract from the more than honorable salads, interesting pastas like *penne* with Gorgon-

zola and broccoli, and various versions of *Carpaccio*. And the pillars are ideal for celebs who want to make the scene without being seen.

Little distinguishes TONG YEN from the general run of neighborhood Chinese restaurants around the world except its Champs-Elysées neighborhood (which may explain its rather bold pricing). Hostess Thérèse Luong greets all arrivals warmly—be they fashion editors or burgeoning stars—and shows them to white-napped tables on the ground floor or the mezzanine. The menu includes excellent crab and chicken salads, salt-and-pepper shrimp, *canard laqué* (Peking duck), and banana fritters. Sunday nights during the prêt-à-porter collections the place is crammed with models, publicists, stylists, and fashion reporters.

The "in" restaurants are not limited to the area immediately adjacent to the Avenue Montaigne. Last year's *succes fou*, the BUDDHA-BAR, is located on the narrow street that runs past the American Embassy off the Place de la Concorde. Night and day, "mediahedin" and paparazzi patrol the entrance in hopes of sighting Nicole Kidman or Juliette Binoche on her way to dine on Chinese chicken salad or tuna with black sesame seeds under the benign gaze of the two-story high Buddha. This is the place to don one's designer-label ego armor and rub shoulders with Armani clad media princes, Prada-toting *Vogue* editors, and every Perhapsburg who aspires to the *Almanach de Gotha*. Here a scion of the Vuitton family entertains alongside herds of sleek youngsters enthusing over plates of shrimp salad and crispy quail. Certainly, it's more glitz than gastronomy, but it's great fun.

GOURMET

NEW YORK, NY
MONTHLY      890,198
OCTOBER 1997

USA
L'Argus des presse /



# GLOBAL HOT SPOTS

# PARIS

### FEEDING OFF FASHION

#### BY CATHARINE REYNOLDS

Fashion and gastronomy, ever consuming passions among Parisians, have always been uneasy bedfellows. On the one hand, beautiful people, by definition, must discipline their appetites—even for beautiful food. On the other, they need places to see and be seen, to barter their wares in gossip's marketplace. And nearly everyone, whether sporting Karl Lagerfeld's styles or Benetton's, enjoys the frisson of being surrounded by trendsetters and power brokers. It's all a part of the subsonic buzz that pervades a genuine restaurant *branché*—a word literally meaning "plugged in," but, in Paris, one that sums up the charge that electrifies the hip haunts of fashion's acolytes.

The eighth arrondissement is headquarters for most of the great designer houses and thus the heartland of *haute couture*, with the Avenue Montaigne its Main Street. At the corner of the Rue François-1er, catercorner from Dior's flagship store (which is currently undergoing a facelift), sits L'AVENUE, French luxury conglomerate LVHM's first essay in restaurant-keeping. Behind the demure streetside yellow-and-white-striped half curtains, this brasserie restaurant *salon de thé* echoes to the chatter of silky haired sirens who define next season's fashion fetishes, blending with the measured accents of those who make sure the numbers add up. The ground floor is more (*Continued on page* 91)

Above, clockwise from top left: Demure half curtains; salad of roasted artichokes, bresaola, and Parmesan; and gold-leaf balusters at L'Avenue; Shozan's sashimi plate; summer sidewalk service at Le Stresa; Lipp's vegetable soup

PHOTOGRAPHS BY NICK POPE

DETROIT NEWS AND FREE
**PRESS**

DETROIT, MI
SUNDAY   1,200,000
JAN 2 2000

USA

*Argus de la presse* PARIS
*Copie interdite sans autorisation du C.F.C.*

**FER TO GO**

**By land**
1. Florida (Orlando, Daytona and the Gulf Coast)
2. South Carolina (Myrtle Beach)
3. New York (New York City and ski resorts)
4. Ontario (Niagara Falls and Toronto)
5. Illinois (Chicago)

4. Phoenix
5. Caribbean

In terms of air travel, Michiganders do not plan to fly off on vacations quite so far from

home this year. Last year, the top choices were Orlando and Las Vegas, the same as this year. But the No. 3, 4 and 5 rankings were Honolulu, Cancun and Montego Bay.

As for driving vacations, last year's were the same as this year's, except that Washington, D.C., held the No. 3 spot instead of New York.

*By Gerry Volgenau, Free Press travel writer*

# The best the world has to offer

*These places have all earned superlatives*

BY GARY A. WARNER
ORANGE COUNTY REGISTER

This just in! Ancient Terracotta Army in China beats out Machu Picchu as "best monument" in the "Oscars of travel."

Conde Nast Traveler magazine's annual readers choice awards are perhaps the biggest and brashest of the avalanche of travel "best of" awards handed out each year.

But Conde Nast is not alone. Here's a very unscientific, eclectic, incomplete and totally arbitrary roundup of "where got what" in tourism derbies over the past year.

**Best city in the world:** Sydney, Australia (Conde Nast Traveler).

**Hippest hotspot:** Miami's South Beach (Shape Magazine).

**Best stadium to watch baseball:** Yankee Stadium (Sports Illustrated), Wrigley Field (America's Best Online).

**Best high-tech city:** San Jose (the Milken Institute).

**Best one-horse town:** Babb, Mont. (Men's Journal).

**Best room with a view:** Hayman Island, Great Barrier Reef, Australia (Distinctive Destinations newsletter).

**Best thing to eat in America:** Porterhouse steak, Doe's Eat Place, Greenville, Miss. (Men's Journal).

**Best bar to meet supermodels:** Buddha Bar, Paris (London Daily Express).

**Best water park:** White Water, Atlanta (America's Best Online).

**Best new hotel:** Bellagio, Las Vegas (American Way Magazine).

**Best train trip in the world:** Flam-Myrdal, Norway (Eurrail Guide).

**Best U.S. train trip:** Anchorage-Fairbanks (America's Best Online).

**Best international city hotel:** The Oriental, Bangkok (Harpers'

Best international hideaway: Amandari, Bali, Indonesia. (Harper's Hideaway Report).

**Best beach:** Hulopoe Beach, Hawaii (America's Best Online).

**Best U.S. hotel:** The Mercer, New York City (Travel & Leisure Critics Choice).

**Best hotel in the world:** Ritz-Carlton Millenia Singapore (Conde Nast Traveler), Akasaka Prince Hotel, Tokyo (Wallpaper Magazine).

**Best highway drive:** Blue Ridge Parkway (America's Best Online).

**Best hotel room:** Park Hyatt Tokyo (Wallpaper Magazine).

**Best U.S. hideaway:** Post Ranch In., Big Sur (Harper's Hideaway Report).

**Best airport:** Chep Lap Kok, Hong Kong (Travel & Leisure Critics Choice), Kastrup Terminal 3, Copenhagen (Wallpaper Magazine).

**Best airline food:** Austria's Lauda Airlines (Wallpaper Magazine).

**Best in-flight kit:** SAS (Wallpaper Magazine).

**Best hangout cafe:** Uchi Lounge, Sydney (Wallpaper Magazine).

**Best train station:** Oriente Station, Lisbon (Travel & Leisure Critics Choice), Nyugati Station, Budapest (Wallpaper Magazine).

**Best resort:** Four Seasons Jimbaran Bay, Bali (Conde Nast Traveler).

**Best ecotravel tour packager:** Costa Rica Expeditions (Travel & Leisure Critics Choice).

**Best U.S. resort:** The Boulders, Ariz. (Harper's Hideaway Report).

**Best small hotel:** Amankila, Bali (Conde Nast Traveler).

**Best stadium to watch foot-**

ball: Michie Stadium, West Point, N.Y. (Sports Illustrated).

**Paradise in the continental United States:** Boundary Waters, Minn. (National Geographic Traveler).

**Best international resort:** Hotel San Pietro, Positano, Italy (Harper's Hideaway Report).

**Best island:** Maui, Hawaii (Conde Nast Traveler).

**Best place to watch tennis:** Roland Garros, Paris (Sports Illustrated).

**Best U.S. airline:** Midwest Express (Conde Nast Traveler).

**Best long-haul airline:** Continental (J.D. Power and Associates).

**Best short-haul airline:** TWA (J.D. Power and Associates).

**Best world monument:** Terracotta Army, Xian, China (Conde Nast Traveler).

**Best place to watch a horse race:** Saratoga Race Course, N.Y. (Sports Illustrated).

**Best foreign airline:** Singapore Airlines (Conde Nast Traveler).

**Best hotel in Milan to meet rock stars:** The Regency (London Daily Express).

**Best place to live in North America:** Salt Lake City (Places Rated Almanac), Burlington, Vt. (A&E Network).

**Best U.S. guest ranch:** C Lazy U Ranch, Granby, Colo. (Mobil Travel Guide).

**Best place to watch golf:** Augusta National, Ga. (Sports Illustrated).

**Best place to watch basketball:** Cameron Indoor Stadium at Duke University, N.C. (Sports Illustrated).

**Best big cruise line:** Crystal Cruises (Conde Nast Traveler)

**Best small cruise line:** Silver-

sea (Conde Nast Traveler).

**Best place to watch motor sports:** Daytona International Speedway, Ohio. (Sports Illustrated).

**Best spa resort:** Grand Wailea Resort, Maui (Conde Nast Traveler)

**Best snack shop:** Panino Giusto, Milan (Wallpaper Magazine).

**DETROIT NEWS**

DETROIT, MI
TUESDAY    370,000
AUG 8 2000

USA

L'Argus dela presse
Copie interdite sans autorisation du C.F.C.

# Fash Bash dishes out disco and designers

By Kara G. Morrison
*The Detroit News*

This year's Fash Bash — Detroit's haute couture fundraiser featuring entertainer Queen Latifah — promises to have onlookers on their feet this Friday.

The show received rave reviews for its high-energy mix of music and runway designs at last week's Fash Bash kickoff in Minneapolis.

"My overall impression was if you'd been in Tokyo or Milan or New York, it doesn't get any better," said Charlom Blair, a Minneapolis-based worker who was thrilled to secure tickets to the show.

JoAnn Young, producer of Fash Bash for Hudson's department stores, says the crowd stood and danced during the event. "Everybody was so into it," she says. "It was such fun."

This year's "Nightlife" theme recreates the music, the glitz and feel of legendary nightclubs, from the '70s-era New York Studio 54 to the Buddha Bar in Paris to New York's jazz club Cafe Carlyle.

Queen Latifah, disco diva Gloria Gaynor, jazz musician Loston Harris and even KISS Army, a recreation of the legendary 1970s rock band KISS, will grace the stage as well as the latest from top designers.

Young says the fashion show highlights a return to classic dressing this year. Colors, especially reds, pinks and burgundies, are also making a comeback.

Fashions will feature a mix of more than a dozen top designers from Calvin Klein to Carolina Herrera, Badgley Mischka, St. John, Jean Paul Gaultier and Kors Michael Kors.

Fash Bash originated in Detroit, where in the past 20 years, the event has raised more

# CONDE NAST TRAVELER

### NEW YORK, NY
### MONTHLY    1,000,000
### MAY 2000

USA

L'Argus de la presse ʃ PARIS
*Copie interdite sans autorisation du C.F.C.*

### Barrio Latino, Paris

From 10 P.M. onward, a sinuous Chilean DJ invites diners to dance on the tables at Barrio Latino, the latest exercise in trendiness from the creators of Paris's Barfly and Buddha Bar. Spread over four levels of a gutted Gustave Eiffel building near the Place de La Bastille, Barrio's fevered mauve, orange, and mint-green decor plucks elements from Hemingway's Havana, the Eiffel Tower, and the film set of *Titanic*. Diners and voyeurs weave between multilevel tapas bars, a second-floor restaurant, and a glassed-in fourth-floor VIP lounge to which only a select few hold private keys. In such a hyperdesigned atmosphere, cuisine takes second place, but the menu nonetheless displays creative Spanish, Argentine, Chilean, and Cuban influences: chicken quesadilla and tuna *pavé*. For dessert, try the emphatically phallic chocolate cigar (33-1-55-78-84-75; entrées, $7–$15).

**CASINO PLAYER**
LAS VEGAS, NV
MONTHLY    200,000
AUGUST 1999

USA

*le Story*



# Here Comes the Neighborhood

*Harrah's Entertainment purchases two Reno properties*

Harrah's Entertainment purchased both the Nevada Club and Harolds Club on Virginia St. in downtown Reno as part of its master plan for its Harrah's Reno property.

Both properties are located adjacent to Harrah's Reno. Under Harrah's master plan, they will be used as an extension to the resort. The new real estate will be used to add casino amenities and other entertainment features.

Both the Nevada Club and Harolds Club have had a negative impact on visitors to Harrah's Reno, due to their dilapidated condition. Harrah's hopes that, by purchasing these two properties, it will be able to improve the competitive position of Harrah's Reno as well as participate in the crucial revitalization of Reno as a popular casino and tourism destination.

# Marketing Madness

*The Grand Victoria fires a preemptive strike in northern Illinois*

The Grand Victoria has fired the first shot in what could shape up to be a major marketing war in northern Illinois.



Before the summer is over, the riverboat casino will give away—among other prizes—four Chevy Tahoes, eight vacations to Las Vegas, and $120,000 in cash—all in anticipation of the heavy competition expected from a proposed casino in the Chicago suburb of Rosemont.

As the state's most successful casino, the last thing the Grand Victoria has had to worry about since its opening five years ago is getting people in the doors. But that could all change now that the General Assembly has cleared the way for the new Cook County casino. The Grand Victoria's location on the Fox River in downtown Elgin places it dangerously close to Rosemont. In fact, a recent survey commissioned by the Grand Victoria found that 58 percent of its customers live closer to Rosemont than Elgin.

Naturally, Grand Victoria officials fear the new boat could siphon off revenues—as much as 33 percent, by their own predictions.

"There's no doubt we're going to have to be more aggressive in the future," said General Manager Pete Dominguez. "We want to do more in terms of trying to bring in new customers and retain customer loyalty."

In addition to regular cash drawings, the casino will also be giving away four convertibles. In July, the casino hosted an evening of boxing—always a winner with gamblers—at its land-based pavilion.

"When we first started out, we were the new kid on the block, so everyone came here," said Grand Victoria spokeswoman Marilou Pilman. "Since that time, the newness has worn off, and the gaming environment has changed."



# Desert Passage

*The new Aladdin promises spectacular shopping and celebrity chefs*

Amidst the flurry of excitement generated by Bellagio, Mandalay Bay, the Venetian and Paris, another property has quietly been utilizing $1.3 billion to reinvent itself on the Strip. The legendary Aladdin Resort and Casino was reduced to rubble on April 27, 1998. Since then, it has been slowly rising once again from the desert sand, resurrecting itself in the form of what is certain to be one of the most unique and opulent casinos in Las Vegas.

In addition to 2,600 rooms (each with a marble bathroom, two telephone lines, and high-speed Internet access), more than 100,000-square feet of meeting space, a 7,000-seat Theater of Performing Arts, and Las Vegas' only European-style luxury gaming salon, The London Club, the property will feature the Desert Passage at Aladdin, a 500,000 sq. ft. themed marketplace filled with eclectic shops, restaurants and entertainment.

In exotic settings mirroring Spain, Africa, and India, the "city-within-a-city" will house 130 retail shops and eight award-winning restaurants, including The Arabasi, Roberto Ruggeri's Bice, New Orleans' famed Commander's Palace, and Ramon Visan's Buddha Bar. The Aladdin, along with the Desert Passage, is scheduled to open in late spring 2000.

**BLADE**

TOLEDO, OH
SUNDAY      202,085
JAN 2 2000

USA

L'Argus de la presse
Copie interdite sans autorisation du C.F.C.

# 'Experts' weigh in on best in the world

**BY GARY A. WARNER**
KNIGHT NEWS SERVICE

This just in! Ancient Terracotta Army in China beats out Machu Picchu as "best monument" in the "Oscars of travel."

Conde Nast Traveler magazine's annual readers choice awards are perhaps the biggest and brashest (best world monuments?) of the avalanche of travel "best of" awards handed out each year.

Here's our very unscientific, eclectic, incomplete, and totally arbitrary roundup of "where got what" in the tourism derbies we discovered over the past year:

Best city in the world: Sydney, Australia (Conde Nast Traveler).

Hippest hotspot: Miami's South Beach (Shape Magazine).

Best stadium to watch baseball: Yankee Stadium (Sports Illustrated), Wrigley Field (America's Best Online).

Best high-tech city: San Jose (the Milken Institute).

Best one-horse town: Babb, Mont. (Men's Journal).

Best room with a view: Hayman Island, Great Barrier Reef, Australia (Distinctive Destinations newsletter).

Best thing to eat in America: Porterhouse steak, Doe's Eat Place, Greenville, Miss. (Men's Journal).

Best bar to meet supermodels: Buddha Bar, Paris (London Daily Express).

Best water park: White Water, Atlanta (America's Best Online).

Best restaurant in California: French Laundry, Yountville (Zagat Survey).

Best new hotel: Bellagio, Las Vegas (American Way Magazine).

Best train trip in the world: Flam-Myrdal, Norway (Eurrail Guide).

Best U.S. train trip: Anchorage-Fairbanks (America's Best Online).

Best international city hotel: The Oriental, Bangkok (Harpers' Hideaway Report).

Best beach: Hulopoe Beach, Hawaii (America's Best Online).

Best U.S. hotel: The Mercer, New York City (Travel & Leisure Critics Choice).

Best hotel in the world: Ritz-Carlton Millenia Singapore (Conde Nast Traveler), Akasaka Prince Hotel, Tokyo (Wallpaper Magazine).

Best highway drive: Blue Ridge Parkway (America's Best Online).

Best resort: Four Seasons Jimbaran Bay, Bali (Conde Nast Traveler).

Best U.S. resort: The Boulders, Ariz. (Harper's Hideaway Report).

Best small hotel: Amankila, Bali (Conde Nast Traveler).

Best stadium to watch football: Michie Stadium, West Point, N.Y. (Sports Illustrated).

Best place to eat in the eastern Sierras: The Restaurant at Convict Lake (AAA Travel Guide).

Paradise in the continental United States: Boundary Waters, Minn. (National Geographic Traveler).

Best island: Maui, Hawaii (Conde Nast Traveler).

Best place to watch tennis: Roland Garros, Paris (Sports Illustrated).

Best U.S. airline: Midwest Express (Conde Nast Traveler).

Best long-haul airline: Continental (J.D. Power and Associates).

Best short-haul airline: TWA (J.D. Power and Associates).

Best world monument: Terracotta Army, Xian, China (Conde Nast Traveler).

Best place to watch a horse race: Saratoga Race Course, N.Y. (Sports Illustrated)

Best hotel in Milan to meet rock stars: The Regency (London Daily Express).

Best place to live in North America: Salt Lake City (Places Rated Almanac), Burlington, Vt. (A&E Network).

# BILLINGS GAZETTE

### BILLINGS, MT
MONDAY    55,127
FEB 28 2000

USA

Argus dela presse
Copie interdite sans autorisation du C.F.C.



Here are some top tourism sites chosen by a variety of media, as listed by the Orange County Register:

1. Best city in the world: Sydney, Australia (Conde Nast Traveler).

2. Hippest hotspot: Miami's South Beach (Shape Magazine).

3. Best stadium to watch baseball: Yankee Stadium (Sports Illustrated). Wrigley Field (America's Best Online).

4. Best high-tech city: San Jose (the Milken Institute).

5. Best one-horse town: Babb, Mont. (Men's Journal).

6. Best room with a view: Hayman Island, Great Barrier Reef, Australia (Distinctive Destinations newsletter).

7. Best thing to eat in America: Porterhouse steak, Doe's Eat Place, Greenville, Miss. (Men's Journal).

8. Best bar to meet supermodels: Buddha Bar, Paris (London Daily Express).

9. Best water park: White Water, Atlanta (America's Best Online).

10. Best place to watch golf: Augusta National, Ga. (Sports Illustrated).

Celebrate 2000

Sponsored by

GOLDSMITH GALLERY
JEWELERS



*A glass-enclosed dining room, Restaurant Fte (left), overlooks the pastoral setting of the Bristol's courtyard. The vision of a fairy-tale castle, the Park Hotel Vitznau is perched at the edge of Lake Lucerne, in the Swiss/German part of Switzerland.*

*Provence gratinee au parmesan, tombee de roquette et mousserons, jus de veau,* and *Pot de creme au chocolat, allumettes croustillantes a la creme fleurette vanillee*—with wines so special you may only find them in France. Then sweet dreams...with French subtitles.

**While you're there:** The place to see and be seen in Paris these days is the **Buddha Bar** (8 Rue Boissy D'Anglas; 01 53 05 90 00). Enter a dark hall to the balcony, down a grand staircase into a Byzantine/Oriental interior with a huge gilded Buddha at one end. The Pacific Rim cuisine is good, but people-watching is primary. **Hediard** is my favorite Paris emporium, just a few blocks' walk from the hotel, for gourmet goods from all over the world (21 Place de la Madeleine; 43 12 88 88). Try **La Ferme Saint Hubert** (21 rue Vignon; 01 47 42 79 20) for a look at a generations-old cheese shop (*fromagerie*). **A Marie-Stuart S.A.** carries mostly old ribbons and international military medals—unique pins for blazers (3,4,5 Galerie Montpensier; 01 42 96 28 25). Shop the way the natives do—at the flea markets; **Place de la Bastille** is the site in May for Antiquites Brocante (second-hand antiques).

**THE PARK HOTEL VITZNAU** on Lake Lucerne in Switzerland is a fairy-tale castle of peaked roofs and tower with bridal suite, built in 1900. Its pastoral location next to the quaint village of Vitznau, with its back to Mt. Rigi and views across the lake to the Alps, is one of the more picturesque in hoteldom. Accommodations include 68 rooms (from 320 Swiss Francs; $228), 25 junior suites (from 650SF; $463) and seven deluxe suites (950SF and up; $677), for lakeview rooms (room 725 is divine—open your windows and hear cow bells on the slopes nearby). July and August are the peak months; the hotel is open from April to mid-October and rates include Swiss buffet breakfast (041-397 01 01; 1-800-323-7500). A significant part of the charm of this hotel is due to the hands on management of Peter Bally since 1968.

**Hotel highlights:** The huge indoor-outdoor heated pool is a treat. There's also a sauna, steam bath, massage and fitness center; private beach on the lake; waterskiing; two tennis courts; and miniature golf. The interior design of rooms, public spaces and restaurant is notable (check out the tapestry in the lobby to the left, "The Fire of Troy," made in Brussels in 1640 by Brugghen).

**While you're there:** Take the rack railway (the first built in Europe) up **Mt. Rigi** (the hotel will pack you a picnic lunch). Enjoy panoramic views of the

# Post-Show Paris: A Sampling

N.W.D.
7E 12 TH. ST.
NEW YORK
U.S.A.

Tel:
27 NOV 96

l'Argus de la presse PARIS

**International Trade Shows Abroad**

**PARIS** — When trade show visitors aren't traipsing up and down the aisles between exhibitions, they can explore a city that remains inspirational for trends and forecasting — as well as enticing in its restaurants and hotels.

After several tepid seasons, the Paris retail scene is also heating up with a rash of international designer store openings.

Here's an eclectic list of choices for spare time scouting and relaxing.

**HOTELS**

The hippest place to stay in Paris is the Hotel Costes, which reopened last year decorated in sumptuous Second Empire style by Jacques Garcia, it's also a great place to dine or drink, and the restaurant stays open until 2 a.m. It's at 239 Rue Saint-Honore, 75001, telephone 01 42 44 50 00, fax 01 42 44 50 01.

Another fashion favorite is Hotel Montalembert, on the Left Bank, right around the corner from the Missoni store and designed by Christian Liaigre. Ad-dress: 3 Rue de Montalembert, 75007, telephone 01 45 49 68 68, fax 01 45 49 69 49.

Also on the Rive Gauche is the Hotel L'Abbaye, which is well located for doing the Left Bank stores and has a pretty courtyard garden. Address: 10 Rue Cassette, 75006, telephone 01 45 44 38 11, fax 01 45 48 07 86.

The Hotel Notre Dame Rivoli is situated in the heart of the Marais and is intimate with smallish, well-decorated rooms. Address: 19 Rue du Bourg-Ti-bourg, 75004, telephone 01 42 78 47 29, fax 01 40 29 07 00.

**RESTAURANTS AND BARS**

For a pure fashion scene and wicked margaritas, dine at Anahi on 49 Rue Volta, 75003, telephone 01 48 87 88 24. Also in the Marais, both Chez Omar and 404 are great for atmosphere and spicy Algerian or Moroccan cuisine, at 47, Rue de Bretagne, 75003, tele-phone 01 42 72 36 26, and 69 Rue des Gravilliers, 75003, telephone 01 42 74 57 81, respectively.

For classic French cuisine and an uptown crowd, try the Brasserie de Balzar, 49 Rue des Ecoles, 75005, telephone 01 43 54 13 67, or Le Voltaire, 27 Quai Voltaire, 7500, telephone 01 42 72 66 55. Dave is a fashion insti-tution serving Chinese food at 39 Rue Saint Roch, 75001, tele-phone 01 42 61 49 48.

The new Buddha bar is the current Paris bar-restaurant for aspiring celebrities at 8 Rue Bois-sy d'Anglas, 75008, telephone 01 53 05 90 00, while Cafe Marly has the perfect location in a wing of the Louvre to dine or drink, Cours Napoleon, 93 Rue de Rivoli, 75001, telephone 01 49 26 06 60. To break from the stores, stop at Salon de The Bernardaud, in the most prestigious tabletop gallery in Paris at 11 Rue Royale, 75008, or indulge in macaroons at La Duree, 9 Rue Royale, 75008.

**STORES**

The average customer age on Avenue Montaigne is plum-meting. Prada has opened an enormous, two-floor store sell-ing both the women's and men's collection at 10 Avenue Mon-taigne, 75008, telephone 01 53 23 99 40. Dolce & Gabbana has opened a Baroque-style shop in a former bank selling its men's and women's collections at 2 Avenue Montaigne, 75008, tele-

**JS 44** (Rev. 11/05)

## CIVIL COVER SHEET

**06-80**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS

George V Restauration, S.A., organized under the laws of France

**(b)** County of Residence of First Listed Plaintiff   Paris, France
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Nathan E. Nason, Esq.
Nason, Yeager, Gerson, White & Lioce, P.A.
1645 Palm Beach Lakes Blvd., Ste. 1200
W. Palm Beach, FL 33401
(561) 686-3307

### DEFENDANTS

S.T. Complex, LLC d/b/a Buddha Bar WPB, a Florida Corporation, Frank Garcia, an individual

County of Residence of First Listed Defendant   Palm Beach
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**CIV-HURLEY**

**HOPKINS**

Attorneys (If Known)

9:06cv 80094 DTKH/SMH

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☒ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).

(See instructions second page)

a) Re-filed Case  ☐ YES  ☒ NO        b) Related Cases  ☐ YES  ☒ NO

JUDGE                                    DOCKET NUMBER

### VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

28 U.S.C. §§ 1331, 1337(a) and 1338(a)

LENGTH OF TRIAL via 2___ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  1/30/06

**FOR OFFICE USE ONLY**

AMOUNT  250.00   RECEIPT #  531,205   IFP

✎ AO 120 (Rev. 2/99)

| COMMISSIONER OF PATENTS & TRADEMARKS<br>2121 CRYSTAL DRIVE<br>SUITE 1100<br>ARLINGTON, VA 22201 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____Southern District of Florida_____ on the following  ☐ Patents or  x Trademarks:

| DOCKET NO.<br>06-80094-CIV-HURLEY | DATE FILED<br>1/30/06 | U.S. DISTRICT COURT<br>Southern District of Florida |
|---|---|---|
| PLAINTIFF<br>George V Restauration, S.A. | | DEFENDANT<br>S.T. Complex LLC dba Buddha Bar WPB, et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See attached | See attached | Plaintiff |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>Lisa I. Streets | DATE<br>1/30/06 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**