UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80094-CIV-HURLEY

GEORGE V RESTAURATION, S.A.,
organized under the Laws of France,
    plaintiff,

vs.

S.T. COMPLEX LLC D/B/A BUDDHA BAR WPB
and FRANK GARCIA,
    defendants.
_____/

### ORDER OF FINAL DISMISSAL & CLOSE OUT

**THIS CAUSE** is before the court upon the parties' joint stipulation for dismissal with prejudice filed based on settlement filed December 27, 2006 [DE# 40] Having considered the stipulation, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE,** with each side to bear its own costs and attorneys' fees. The court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

2. There being nothing further for the court to resolve, it is further ordered that the Clerk of the Court shall enter the case as **CLOSED** and terminate all pending motions as **MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this ___ day of January, 2007.

                          Daniel T. K. Hurley
                          United States District Judge

cc. all counsel